Summons

# United States District Court

### For The

### Central District of California

FILED
CLERK, U.S. DISTRICT COURT
12/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 23-00599-MCS |
| ) | |
| v. ) | **SUMMONS TO APPEAR** |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

**TO:** Robert Hunter Biden
c/o Abbe Lowell, Esquire

You are hereby summoned to appear before the United States District Court for the Central District of California in the Roybal Federal Building, 255 East Temple Street, Los Angeles, in Courtroom 640 before the Honorable __Duty Magistrate Judge__ on __January 11, 2024__ at __1:00 p.m.__ to answer to an __Indictment__ charging you with violating SEE ATTACHED.

Dated: December 18, 2023        CLERK OF COURT, U.S. DISTRICT COURT

cc: Abbe Lowell, Esq.

*Kiry K. Gray*

KIRY K. GRAY

**R E T U R N**

This summons was received by me at  __3:52 PM__  on  __12/19/2023__

*RHBiden*

ROBERT HUNTER BIDEN, Defendant

|                  **Headquarters**                  |              **Riverside Branch**              |              **Santa Ana Branch**              |
|:--------------------------------------------------:|:----------------------------------------------:|:----------------------------------------------:|
| Edward R. Roybal Federal Building                  | George E. Brown, Jr. Federal                   | Ronald Reagan Federal Building                 |
| and U.S. Courthouse                                | Building                                       | and U.S. Courthouse                            |
| 255 East Temple Street, Suite 1410                 | and U.S. Courthouse                            | 411 West Fourth Street, Suite 4070             |
| Los Angeles, CA 90012-3332                         | 3470 Twelfth Street, Suite 161                 | Santa Ana, CA 92701-4596                       |
| 213-894-4726 / FAX 213-894-0231                    | Riverside, CA 92501-3801                       | 714-338-4550 / FAX 714-338-4570                |
|                                                    | 951-328-4490 / FAX 951-328-4489                |                                                |