Summons

# United States District Court
## For The
## Central District of California

FILED
CLERK, U.S. DISTRICT COURT
12/28/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: _____CDO_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. CR 23-00599-MCS |
| ) | **\*AMENDED** |
| v. ) | **SUMMONS TO APPEAR** |
| ) | |
| ROBERT HUNTER BIDEN, ) | |
| ) | |
| Defendant. ) | |

**TO:** Robert Hunter Biden
c/o Abbe Lowell, Esquire

You are hereby summoned to appear before the United States District Court for the Central District of California in the *First Street Courthouse, 350 West 1st Street, Los Angeles, in Courtroom 7C, 7th floor before the Honorable   *Judge Mark C. Scarsi   on  January 11, 2024   at   1:00 p.m.   to answer to an   Indictment   charging you with violating SEE ATTACHED.

Dated: December 27, 2023          CLERK OF COURT, U.S. DISTRICT COURT

cc: Abbe Lowell, Esq.

*Kiry K. Gray* (signature)

KIRY K. GRAY

**R E T U R N**

This summons was received by me at _____ on _____

*RHB* (signature)

ROBERT HUNTER BIDEN, Defendant

| **Headquarters** | **Riverside Branch** | **Santa Ana Branch** |
|---|---|---|
| Edward R. Roybal Federal Building and U.S. Courthouse | George E. Brown, Jr. Federal Building and U.S. Courthouse | Ronald Reagan Federal Building and U.S. Courthouse |
| 255 East Temple Street, Suite 1410 | 3470 Twelfth Street, Suite 161 | 411 West Fourth Street, Suite 4070 |
| Los Angeles, CA 90012-3332 | Riverside, CA 92501-3801 | Santa Ana, CA 92701-4596 |
| 213-894-4726 / FAX 213-894-0231 | 951-328-4490 / FAX 951-328-4489 | 714-338-4550 / FAX 714-338-4570 |