Name and address:
Angela M. Machala (SBN: 224496)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
Email: AMachala@winston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cr-00599-MCS-1 |
| v. | |
| ROBERT HUNTER BIDEN | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III. **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $500 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application. **Out-of-state federal government attorneys are not required to pay the $500 fee.** (Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Lowell, Abbe David
*Applicant's Name (Last Name, First Name & Middle Initial)*     check here if federal government attorney ☐

WINSTON & STRAWN LLP
*Firm/Agency Name*

1901 L St., N.W.                          (202) 282-5000                    (202) 282-5100
                                          *Telephone Number*                *Fax Number*
*Street Address*

Washington, DC 20036-3508                 AbbeLowellPublicOutreach@winston.com
*City, State, Zip Code*                   *E-mail Address*

**I have been retained to represent the following parties:**

Robert Hunter Biden                       ☐ Plaintiff(s) ☒ Defendant(s) ☐ Other: _____
                                          ☐ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____
*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| State of New York | 03/01/1978 | Yes |
| District of Columbia | 12/18/1981 | Yes |
| State of Maryland | 01/10/1984 | Yes |

Continued on Page 3, Section IV

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| 2:23-cv-07593-HDV-KS | Robert Hunter Biden v. Garrett Ziegler, et al. | 9/20/2023 | Granted |
| 2:23-cv-08032-HDV-KS | Robert Hunter Biden v. Rudolph W. Giuliani, et al. | 10/5/2023 | Granted |
| 2:23-cv-09430-SVW-PD | Robert Hunter Biden v. Patrick M. Byrne | 12/8/2023 | Granted |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

N/A

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1) All of the above information is true and correct.
(2) I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3) I am not currently suspended from and have never been disbarred from practice in any court.
(4) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated January 2, 2024

Abbe David Lowell
*Applicant's Name (please type or print)*

*[signature]*
*Applicant's Signature*

---

G-64 (09/20)     APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 3

## SECTION III - DESIGNATION OF LOCAL COUNSEL

Machala, Angela M.
*Designee's Name (Last Name, First Name & Middle Initial)*

WINSTON & STRAWN LLP
*Firm/Agency Name*

333 S. Grand Avenue
38th Floor
*Street Address*

Los Angeles, CA 90071-1543
*City, State, Zip Code*

(213) 615-1700
*Telephone Number*

(213) 615-1750
*Fax Number*

AMachala@winston.com
*Email Address*

224496
*Designee's California State Bar Number*

I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.

Dated January 2, 2024

Angela M. Machala
*Designee's Name (please type or print)*

*/s/ Angela Machala*
*Designee's Signature*

## SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)

*Continued from Page 1, Section I:*

| Name of Court | Date of Admission | Active Member in Good Standing? (if not, please explain) |
|---|---|---|
| USDC District of Columbia | 07/06/1987 | Yes |
| USDC District of Maryland | 05/29/1981 | Yes |
| USDC Eastern District of New York | 03/24/2004 | Yes |
| USDC Southern District of New York | 04/17/2001 | Yes |
| U.S. Supreme Court | 06/01/1981 | Yes |
| USCA 1st Circuit | 02/27/2012 | Yes |
| USCA 2nd Circuit | 12/19/1986 | Yes |
| USCA 3rd Circuit | 12/03/2014 | Yes |
| USCA 4th Circuit | 05/26/1981 | Yes |
| USCA 5th Circuit | 04/01/2013 | Yes |
| USCA District of Columbia | 10/20/1997 | Yes |
| USCA 11th Circuit | 06/13/2022 | Yes |



## Appellate Division of the Supreme Court of the State of New York
### Second Judicial Department

I, Darrell M. Joseph, Acting Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Abbe David Lowell

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1978**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on December 19, 2023.

*Acting Clerk of the Court*

CertID-00152054



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

## Abbe D Lowell

*was duly qualified and admitted on December 18, 1981 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on December 19, 2023.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

**For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.**

# Supreme Court of Maryland

**Annapolis, MD**



## *CERTIFICATE OF GOOD STANDING*

STATE OF MARYLAND, ss:

    I, Gregory Hilton, Clerk of the Supreme Court of Maryland, do hereby certify that on the tenth day of January, 1984,

### *Abbe David Lowell*

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court. This certificate of good standing is valid through the seventeenth day of February, 2024.



**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Supreme Court of Maryland, this nineteenth day of December, 2023.

*Gregory Hilton*
_____
Clerk of the Supreme Court of Maryland