Name and address:
Angela M. Machala (SBN: 224496)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
Email: AMachala@winston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cr-00599-MCS-1 |
| v. | |
| ROBERT HUNTER BIDEN | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lowell, Abbe David
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 282-5000       (202) 282-5100
*Telephone Number*     *Fax Number*

AbbeLowellPublicOutreach@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Robert Hunter Biden

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☒ *Defendant(s)*  ☐ *Other:* ____

**and designating as Local Counsel**

Machala, Angela M.
*Designee's Name (Last Name, First Name & Middle Initial)*

224496         (213) 615-1700       (213) 615-1750
*Designee's Cal. Bar No.*  *Telephone Number*   *Fax Number*

AMachala@winston.com
*E-Mail Address*

of  WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: ____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated ____         ____
                   U.S. District Judge/U.S. Magistrate Judge

