Name and address:
Angela M. Machala (SBN: 224496)
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
T: (213) 615-1700
Email: AMachala@winston.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:23-cr-00599-MCS-1 |
| v. | ORDER ON APPLICATION |
| ROBERT HUNTER BIDEN | OF NON-RESIDENT ATTORNEY TO APPEAR |
| Defendant(s). | IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lowell, Abbe David
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202) 282-5000    (202) 282-5100
*Telephone Number    Fax Number*

AbbeLowellPublicOutreach@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
1901 L St., N.W.
Washington, DC 20036-3508
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Robert Hunter Biden

*Name(s) of Party(ies) Represented*    ☐ Plaintiff(s)  ☒ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Machala, Angela M.
*Designee's Name (Last Name, First Name & Middle Initial)*

224496    (213) 615-1700    (213) 615-1750
*Designee's Cal. Bar No.    Telephone Number    Fax Number*

AMachala@winston.com
*E-Mail Address*

WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Floor
Los Angeles, CA 90071-1543
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated 01/02/24    /s/ District Judge Mark C. Scarsi
    **U.S. District Judge**

