FILED
CLERK, U.S. DISTRICT COURT

1/11/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: JMD   DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER |
|---|---|
| PLAINTIFF | 2:23-cr-00599-MCS-1 |
| v. | |
| Robert Hunter Biden | DESIGNATION AND APPEARANCE OF COUNSEL |
| DEFENDANT(S). | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint **Angela Machala and Abbe David Lowell**, Esquire, as my attorney to appear for me throughout all proceedings in this case.

1-11-24
Date

PHB [signature]
Defendant's Signature

LA, CA
City and State

## APPEARANCE OF COUNSEL

I, **Angela Machala and Abbe David Lowell** Attorney(s) at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case. /s/ Angela Machala

1-11-24
Date

[signature] Abbe David Lowell
Attorney's Signature

California State Bar Number

(a) 333 S. Grand Ave
1901 1st N.W.
Street Address

(a) Los Angeles CA 90071
Wash. D.C. 20007
City, State, Zip Code

(a) 213-615-1997
202-282-5875
Telephone Number    Fax Number

(a) amachala@winston.com
adlowell@winston.com
E-mail Address

CR-14 (01/07)   DESIGNATION AND APPEARANCE OF COUNSEL