UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. (*Additional instructions on next page.*)

COURT USE ONLY
**DUE DATE:**

| | | | |
|---|---|---|---|
| 1a. Contact Person for this Order | Rocio Ramirez | 2a. Contact Phone Number | (213) 615 1975 | 3a. Contact E mail Address | RERamirez@winston.com |
| 1b. Attorney Name (if different) | Angela Machala | 2b. Attorney Phone Number | (213) 615 1997 | 3b. Attorney E mail Address | AMachala@winston.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Winston & Strawn LLP
333 South Grand Ave., 38th Floor
Los Angeles, CA 90071

5. Name & Role of Party Represented: Defendant, Robert Hunter Biden

6. Case Name: United States of America v. Robert Hunter Biden

7a. District Court Case Number: 2:23-cr-00599-MCS

7b. Appeals Court Case Number: N/A

8. INDICATE WHETHER PROCEEDING WAS (*choose only one per form*):

☐ DIGITALLY RECORDED   ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: April Lassiter Benson

9. THIS TRANSCRIPT ORDER IS FOR:   ☐ Appeal ☐ Non Appeal   ☒ Criminal ☐ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):
*You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (*Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.*)

b. SELECT FORMAT(S) (*CM/ECF access included with purchase of transcript*)

c. RELEASE OF TRANS. RESTRICTION DATE (*Provide release date of e-filed transcript, or check to certify none yet on file.*)

d. DELIVERY TYPE (*30 day, 14 day, 7 day, 3 day, Daily, Hourly*) (*Check with court reporter before choosing any delivery time sooner than "Ordinary-30."*)

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g., witness or time.) CJA orders: indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT/ ASCII (email) | PAPER | CONDEN SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/11/2024 | | M.C. Scarci | Arraignment on Indictment and Status Conference | ● | ○ | ○ | ○ | ○ | ○ | ● _____ | HOURLY (2 hrs) |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.   Date: January 12, 2024   Signature: *Angela Machala*

G-120 (06/18)