UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
## CRIMINAL MINUTES – ARRAIGNMENT

Case No. 2:23-cr-00599-MCS                                    Date: 01/11/2024

Present: The Honorable: Mark C. Scarsi, U.S District Judge

Interpreter N/A                                               Language N/A

| Stephen Montes Kerr | 01/11/2024 | Hines, Derek Edward |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Assistant U.S. Attorney |

U.S.A. v. Defendant(s)   ✔ Present  Released on Bond    Attorneys for Defendants:  ✔ Present  Retained

Robert Hunter Biden                                          Lowell, Abbe David

**Proceedings:** Arraignment of Defendant and/or   ✔ Assignment of Case    Appointment of Counsel

* Defendant states true name is the name on the charging document.
* Defendant is arraigned under name on charging document.
* Defendant acknowledges having read charging document and discussed it with counsel.
* Defendant pleads "not guilty" to all counts of the charging document.
* This case is assigned to Judge Mark C. Scarsi.
* It is ordered that the following date(s) and time(s) are set: Jury Trial: 06/20/2024 8:30 AM; Status Conference: 06/03/2024 3:00 PM
* The parties are referred to Judge Scarsi's Procedures and Schedules to obtain a copy of the judge's criminal standing order located on the Court's website at www.cacd.uscourts.gov. Judge Scarsi is located in 7C, Los Angeles - United States Courthouse, 350 W 1st Street, CA 90012-4565.

cc:  PSALA         PSAED         PSASA             Appointment of Counsel: 00 : 00
     USMLA         USMED         USMSA             Arraignment: 00 : 03
     Statistics Clerk              Interpreter      Initials of Deputy Clerk: SMO by TRB
     CJA Supervising Attorney      Fiscal