Abbe David Lowell (admitted PHV)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100

Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue
Los Angeles, CA 90071
Tel: (213) 615-1700
Fax: (213) 615-1750

*Counsel for Defendant
Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HUNTER BIDEN, <br><br> Defendant. | **Case No. 2:23-CR-00599-MCS** <br><br> **DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF DEFENDANT'S EX PARTE APPLICATION FOR AN ORDER TO MODIFY PRETRIAL MOTIONS DEADLINE** <br><br> [*Filed concurrently with Defendant's Ex Parte Application for an Order to Modify Pretrial Motions Deadlines; and [Proposed] Order*] |

## **DECLARATION OF ABBE DAVID LOWELL**

I, Abbe David Lowell, declare as follows:

1. I am a partner at Winston & Strawn LLP, and counsel for Defendant Robert Hunter Biden in the above-captioned action. If called as a witness, I could and would competently testify under oath to the following facts of which I have personal knowledge. This declaration is offered in support of Defendant's Ex Parte Application for an Order to Modify Pretrial Motions Deadline (the "Application") in compliance with Local Rule 7-19.1 and the procedures of this Court.

2. I am a member in good standing of the Bars of the District of Columbia, the state of Maryland, and the state of New York. I was admitted *pro hac vice* in this Court on January 2, 2024.

3. I reached out to counsel for the government (the "prosecution") on February 1, 2024 at 9:30 AM EST, to request a meet and confer regarding the current schedule and filing of motions in this matter. Having not heard back, I reached out again on February 7, 2024 at 10:00 AM EST and arranged a call that afternoon to discuss the same issues. During this call, I advised the prosecution of the instant request and Application, and the prosecution indicated that they would inform us of their position before 3:00 PM EST on February 8, 2024.

4. On February 8, 2024, at 12:00 PM EST, Mr. Hines advised me via e-mail that the prosecution opposes Mr. Biden's requests contained in this Application.

5. Following that call, I provided notice of our intent to file the instant Ex Parte Application to the prosecution by e-mail at 1:00 PM EST on February 8, 2024.

6. On February 8, 2024, at 3:00 PM EST, I caused Defendants' Ex Parte Application, this Declaration, and the Proposed Order to be e-mailed to the prosecution. As of the time of this filing, the prosecution has not yet responded whether it opposes the Application. Attached hereto as Exhibit A is a true and correct copy of the e-mail to the prosecution, dated February 8, 2024, providing notice of this Ex Parte Application.

7. The relief requested is necessary to preserve Mr. Biden's ability to defend

1 himself effectively without suffering prejudice in this matter, will serve the goal of
2 preserving judicial and parties' resources, and will not prejudice the prosecution. Waiting
3 for the Delaware court to rule on the pending motions before it—before those motions
4 are briefed here—allows the parties to address the Delaware court's rulings and this Court
5 to benefit from being able to consider the Delaware court's reasoning.

7      I declare under penalty of perjury under the laws of the State of California that the
8 foregoing is true and correct.

10     Executed on February 8, 2024 at Washington, D.C.

By: /s/ Abbe David Lowell
Abbe David Lowell

# EXHIBIT A

**Kolansky, David A.**

| | |
|---|---|
| **From:** | Lowell, Abbe |
| **Sent:** | Thursday, February 8, 2024 1:00 PM |
| **To:** | DEH (JWPT); Hines, Derek (USAPAE); Wise, Leo (USAMD) |
| **Cc:** | Machala, Angela M.; Man, Christopher; Kolansky, David A. |
| **Subject:** | Re: California Issues |

We will be filing our ex parte motion today.


**Abbe David Lowell**
**Partner**
Winston & Strawn LLP
<u>1901 L Street, N.W.</u>
<u>Washington, DC 20036</u>



<u>200 Park Avenue</u>
<u>New York, NY 10166-4193</u>



<u>VCard | Email | winston.com</u>



---

**From:** DEH (JWPT)
**Sent:** Thursday, February 8, 2024 12:00:08 PM
**To:** Lowell, Abbe ; Hines, Derek (USAPAE) Wise, Leo (USAMD)
**Cc:** Machala, Angela M. ; Man, Christopher ; Kolansky, David A.
**Subject:** RE: California Issues

Abbe,

We oppose the defendant's requests for an extension of the motions deadline and for a stay of filing certain motions.

Derek.

Derek E. Hines
Senior Assistant Special Counsel
U.S. Department of Justice

1

**From:** Lowell, Abbe
**Sent:** Wednesday, February 7, 2024 10:36 AM
**To:** Hines, Derek (USAPAE) ; Wise, Leo (USAMD)
**Cc:** Machala, Angela M. ; Man, Christopher ; Kolansky, David A. ; DEH (JWPT)
**Subject:** [EXTERNAL] RE: California Issues

Yes –

Can you my dial in – will send an invite


**Abbe David Lowell**

**Partner**
**Co-Chair, Government Investigations, Enforcement, and Compliance**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

200 Park Avenue
New York, NY 10166-4193

VCard | Email | winston.com

**WINSTON & STRAWN LLP**

---

**From:** Hines, Derek (USAPAE)
**Sent:** Wednesday, February 7, 2024 10:34 AM
**To:** Lowell, Abbe ; Wise, Leo (USAMD)
**Cc:** Machala, Angela M. ; Man, Christopher ; Kolansky, David A. ; DEH (JWPT)
**Subject:** Re: California Issues

Abbe, are you available at 2:30 this afternoon? Derek.

---

**From:** Lowell, Abbe
**Sent:** Wednesday, February 7, 2024 10:01 AM
**To:** Wise, Leo (USAMD) Hines, Derek (USAPAE)
**Cc:** Machala, Angela M. ; Man, Christopher ; Kolansky, David A.
**Subject:** [EXTERNAL] RE: California Issues

2

Leo and Derek,

May we have that call today to discuss the motions and schedule for California? I have various times I could.

Abbe

**Abbe David Lowell**

**Partner**
**Co-Chair, Government Investigations,**
**Enforcement, and Compliance**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036



200 Park Avenue
New York, NY 10166-4193

VCard | Email | winston.com



---

**From:** Lowell, Abbe
**Sent:** Thursday, February 1, 2024 9:30 AM
**To:** Wise, Leo (USAMD) ; Hines, Derek (USAPAE)
**Cc:** Machala, Angela M. Man, Christopher Kolansky, David A.

**Subject:** California Issues

Leo and Derek,

Do you have time tomorrow or early in the week to discuss some of the issues the Judge in California raised as to schedule, motions, etc.?

Abbe

**Abbe David Lowell**

**Partner**
**Co-Chair, Government Investigations,**
**Enforcement, and Compliance**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

▮▮

200 Park Avenue
New York, NY 10166-4193

▮▮

VCard | Email | winston.com



---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.

4