**DENIED**
BY ORDER OF THE COURT
Dated: 2/9/2024

*Mark C. Scarsi*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HUNTER BIDEN, <br><br> Defendant. | Case No. 2:23-CR-00599-MCS <br><br> **[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO MODIFY PRETRIAL MOTIONS DEADLINE** <br><br> *[Filed concurrently with Defendant's Ex Parte Application to Modify Pretrial Motions Deadline; and Declaration of Abbe David Lowell in Support of Defendant's Ex Parte Application for an Order to Modify Motions Deadline]* |

The Court, having considered Defendant Robert Hunter Biden's Ex Parte Application to Modify Pretrial Motions Deadline, hereby enters the following order:

IT IS HEREBY ORDERED:

1. Defendant may limit his pretrial motions to those motions that are unique and tailored to this matter, and the Court will not require the filing of the same motions in this case pending in the Delaware matter;
2. Defendant has until Tuesday, March 12, 2024, to file any such pretrial motions; and
3. The Court will adjust the other scheduling dates and hold a status conference with the parties on a date available in April 2024 to determine the status of all pending motions.

**IT IS SO ORDERED.**

DATED:

**DENIED**
BY ORDER OF THE COURT
_____
HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE