Abbe David Lowell (*admitted PHV*)
AbbeLowellPublicOutreach@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Tel.: (202) 282-5000
Fax: (202) 282-5100

Angela Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 South Grand Avenue
Los Angeles, CA 90071-1543
Tel.: (213) 615-1924
Fax: (213) 615-1750

Counsel for Defendant
Robert Hunter Biden

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ROBERT HUNTER BIDEN<br><br>　　　　Defendant. | Case No. 2:23-cr-00599-MCS<br><br>**JOINT STIPULATION TO EXCEED PAGE LIMITATIONS** |

Pursuant to Your Honor's direction at the January 15, 2024 status conference (1/15/2024 Tr. at 17–18), the government and Mr. Biden, through their attorneys, hereby agree, subject to the Court's approval, to extend the page limitations set forth in Your Honor's Initial Standing Order for Criminal Cases to no more than a total of twenty (20) pages with respect to supporting memoranda and responses to pretrial motions and no more than a total of ten (10) pages for any reply briefs to pretrial motions to be filed in the above-captioned matter.

Dated: February 13, 2024                    Respectfully submitted,

By: */s/ Derek E. Hines*                    By: */s/ Angela Machala*
Derek E. Hines                              Angela Machala (SBN: 224496)
Leo J. Wise                                 WINSTON & STRAWN LLP
U.S. DEPARTMENT OF JUSTICE                  333 South Grand Avenue
Office of Special Counsel David C. Weiss    Los Angeles, CA 90071
950 Pennsylvania Avenue NW                  Tel.: (213) 615-1924
Room B-200                                  Fax: (213) 615-1750
Washington, DC 20530
Tel.: (771) 217-6091                        Abbe David Lowell (*admitted PHV*)
ljw@usdoj.gov                               WINSTON & STRAWN LLP
deh@usdoj.gov                               1901 L Street NW
                                            Washington, DC 20036
*Counsel for the United States*             Tel.: (202) 282-5000
                                            Fax: (202) 282-5100
                                            AbbeLowellPublicOutreach@winston.com

                                            *Counsel for Robert Hunter Biden*