# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HUNTER BIDEN<br><br>　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO EXCEED PAGE LIMITATIONS** |

The Court having considered the joint stipulation submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the parties may extend the page limitations for pretrial motions to no more than a total of twenty (20) pages with respect to supporting memoranda and responses, and no more than a total of ten (10) pages for any reply briefs filed.

IT IS SO ORDERED.

_____    _____
DATE                                                         THE HONORABLE MARK C. SCARSI
                                                                       UNITED STATES DISTRICT JUDGE