1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HUNTER BIDEN<br><br>　　　　Defendant. | Case No. 2:23-cr-00599-MCS<br><br>**ORDER RE JOINT STIPULATION TO EXCEED PAGE LIMITATIONS (ECF NO. 23)** |

The Court having considered the joint stipulation submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the parties may extend the page limitations for pretrial motions to no more than a total of twenty (20) pages with respect to supporting memoranda and responses, and no more than a total of ten (10) pages for any reply briefs filed.

IT IS SO ORDERED.

February 14, 2024
DATE

THE HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE