# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT HUNTER BIDEN<br><br>　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS THE INDICTMENT BECAUSE SPECIAL COUNSEL WEISS WAS UNLAWFULLY APPOINTED AND THIS PROSECUTION VIOLATES THE APPROPRIATIONS CLAUSE** |

1  The Court having considered the motion to dismiss submitted herewith, hereby
2  enters the following Order:
3  IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss the Indictment*
4  *Because Special Counsel Weiss was Unlawfully Appointed and this Prosecution Violates*
5  *the Appropriations Clause* is GRANTED.
6  IT IS SO ORDERED.

_____    _____
DATE                                            THE HONORABLE MARK C. SCARSI
                                                UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Re Defendant's Motion To Dismiss The Indictment Because Special Counsel Weiss Was Unlawfully Appointed And This Prosecution Violates Appropriations Clause - Case No. 2:23-cr-00599-MCS