1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT HUNTER BIDEN<br><br>  Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS FOR SELECTIVE AND VINDICTIVE PROSECUTION AND BREACH OF SEPARATION OF POWERS** |

The Court having considered the motion to dismiss submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss the Indictment for Selective and Vindictive Prosecution and Breach of Separation of Powers* is GRANTED.

IT IS SO ORDERED.

_____     _____
DATE                                                        THE HONORABLE MARK C. SCARSI
                                                                    UNITED STATES DISTRICT JUDGE

1

[Proposed] Order Re Defendant's Motion To Dismiss For Selective And Vindictive Prosecution And Breach Of Separation Of Powers - Case No. 2:23-Cr-00599-Mcs