# EXHIBIT B



From: Watson Lola B <​​​​​​​​​>
Sent: May 19, 2023 1:20 PM
To: <​​​​​​​​​​​>
Subject: Reminder - Chain of Command

Good Afternoon Special Agent ,

We acknowledge your email received yesterday morning. You have been told several times that you need to follow your chain of command. IRS-CI maintains a chain of command for numerous reasons to include trying to stop unauthorized disclosures. Your email yesterday may have included potential grand jury (aka 6e material) in the subject line and contents of the email, and you included recipients that are not on the 6e list.

In the future, please follow previously stated directives and this written directive that no information should be sent to the DFO, Deputy Chief, Chief or any other executive without being sent through my office and the SAC office.

*Lola Watson*
*Assistant Special Agent in Charge*
*Washington DC Field Office*
*IRS-Criminal Investigation*
 *(Cell)*

**From:** Carter Kareem A
**To:** [redacted]
**Subject:** REMINDER - Field Office Chain of Command
**Date:** Friday, May 19, 2023 1:23:40 PM

ASACs/SSAs/SIAs-

As I've previously stated in staff meetings, chain of command is important to the successful communication and operation within a field office. Following chain of command prevents confusion, conflict, and misunderstandings.

There should be no instances where case related activity discussions leave this field office without seeking approval from your direct report (i.e. SA to SSA to ASAC to SAC). By following the chain of command, we can all work together to ensure that our team is successful.

Kind Regards,

Kareem Carter
(Acting) Special Agent in Charge, Washington DC Field Office
Internal Revenue Service – Criminal Investigation
Cell: [redacted]