## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN<br><br>        Defendant. | Case No. 2:23-cr-00599-MCS<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT** |

1  The Court having considered the motion to dismiss submitted herewith, hereby
2  enters the following Order:
3  IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss the Indictment for*
4  *Due Process Violations Based on Outrageous Government Conduct* is GRANTED.
5  IT IS SO ORDERED.

_____          _____
DATE                                                              THE HONORABLE MARK C. SCARSI
                                                                           UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT - CASE NO. 2:23-CR-00599-MCS