1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN<br><br>    Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS COUNT I AS UNTIMELY OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM, LACK OF SPECIFICITY, AND/OR IMPROPER VENUE** |

1  The Court having considered the motion to dismiss submitted herewith, hereby
2  enters the following Order:
3  IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss Count 1 as
4  Untimely or, in the Alternative, for Failure to State a Claim, Lack of Specificity, and/or
5  Improper Venue* is GRANTED.
6  IT IS SO ORDERED.

_____     _____
DATE                                                    THE HONORABLE MARK C. SCARSI
                                                               UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS COUNT I AS UNTIMELY OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM, LACK OF SPECIFICITY, AND/OR IMPROPER VENUE - CASE NO. 2:23-CR-00599-MCS