# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN<br><br>    Defendant. | Case No. 2:23-cr-00599-MCS<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS COUNTS 2, 4, AND 6 OF THE INDICTMENT IN PART FOR DUPLICITY** |

The Court having considered the motion to dismiss submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss Counts 2, 4, and 6 In Part For Duplicity* is GRANTED.

IT IS SO ORDERED.

_____     _____
DATE                                THE HONORABLE MARK C. SCARSI
                                    UNITED STATES DISTRICT JUDGE