1
2
3
4
5
6
7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,              **Case No. 2:23-cr-00599-MCS**

12            Plaintiff,                     **[PROPOSED] ORDER RE
                                             DEFENDANT'S MOTION TO DISMISS
13        v.                                 COUNT 9 OF THE INDICTMENT FOR
                                             SPECIFIC SELECTIVE PROSECUTION**
14   ROBERT HUNTER BIDEN

15            Defendant.

16
17
18
19
20
21
22
23
24
25
26
27
28

1    The Court having considered the motion to dismiss submitted herewith, hereby

2  enters the following Order:

3    IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss Count 9 of*

4  *Indictment for Specific Selective Prosecution* is GRANTED.

5    IT IS SO ORDERED.

6

7

8  _____        _____

   DATE                                   THE HONORABLE MARK C. SCARSI
9                                          UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER RE DEFENDANT'S MOTION TO DISMISS COUNT 9 FOR SPECIFIC SELECTIVE PROSECUTION
CASE NO. 2:23-CR-00599-MCS