1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>ROBERT HUNTER BIDEN<br><br>        Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>**[PROPOSED] ORDER RE DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COUNTS 1 – 4 FOR IMPROPER VENUE** |

1  The Court having considered the motion to dismiss submitted herewith, hereby
2  enters the following Order:
3  IT IS HEREBY ORDERED that *Mr. Biden's Motion to Dismiss Counts 1 – 4 for*
4  *Improper Venue* is GRANTED.
5  IT IS SO ORDERED.

6
7
8  _____    _____
   DATE                               THE HONORABLE MARK C. SCARSI
9                                     UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28