Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone:  (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

Attorneys for Robert Hunter Biden

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | **Case No. 2:23-cr-00599-MCS-1**<br><br>*Hon. Mark C. Scarsi*<br><br>**DECLARATION OF ANGELA M. MACHALA IN SUPPORT OF DEFENDANT'S MOTION TO STRIKE SURPLUSAGE**<br><br>Hearing Date:   March 27, 2024<br>Time:               1:00 PM<br>Place:              Courtroom 7C |

## DECLARATION OF ANGELA M. MACHALA

I, Angela Machala, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and am the attorney of record for Mr. Robert Hunter Biden. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I am a partner at Winston & Strawn LLP, located at 333 South Grand Avenue, Los Angeles CA 90071.

3. Attached as **Exhibit 1** is a true and correct copy of the December 7, 2023 Indictment, Case No. 2:23-CR-00599-MCS, with proposed redactions.

Executed on this 20th day of February, 2024 in Los Angeles, California.

*/s/ Angela M. Machala*
ANGELA M. MACHALA