# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN<br><br>        Defendant. | Case No. 2:23-cr-00599-MCS<br><br>**[PROPOSED] ORDER RE DEFENDANT'S MOTION TO STRIKE SURPLUSAGE** |

The Court having considered the motion to strike surplusage submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that *Mr. Biden's Motion to Strike Surplusage* is GRANTED.

IT IS SO ORDERED.

_____      _____
DATE                                                                    THE HONORABLE MARK C. SCARSI
                                                                                      UNITED STATES DISTRICT JUDGE