UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | Case No. 2:23-cr-00599-MCS-1<br><br>**ORDER RE: MOTION TO STRIKE SURPLUSAGE (ECF NO. 33)** |

Defendant Robert Hunter Biden moves to strike purportedly irrelevant and prejudicial surplusage in the Indictment. (Mot., ECF No. 33.) The Court deems the motion appropriate for decision without further briefing or oral argument. *See* C.D. Cal. R. 7-15; C.D. Cal. Crim. R. 57-1.

Defendant submits that the motion "is not necessary" "[i]f the Court's practice is not to read an entire Indictment to or provide a copy of the Indictment to the petit jury." (Mot. 1 n.1.) That is the Court's general practice, and the Court perceives no reason to depart from it here. The motion is denied as moot.

**IT IS SO ORDERED.**

Dated: February 28, 2024

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE