# Exhibit 1

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                       FOR THE DISTRICT OF DELAWARE

 3
      UNITED STATES OF AMERICA,     )
 4                                  )
                                    ) CRIMINAL ACTION
 5    v.                            ) NO. 23-mj-274(MN)
                                    )
 6    ROBERT HUNTER BIDEN,          ) CRIMINAL ACTION
                                    ) NO. 23-61(MN)
 7                Defendant.        )

 8
                         Wednesday, July 26, 2023
 9                       10:00 a.m.
                         Initial Appearance
10                       Plea Hearing

11
                         844 King Street
12                       Wilmington, Delaware

13
      BEFORE:   THE HONORABLE MARYELLEN NOREIKA
14              United States District Court Judge

15


16
      APPEARANCES:
17

18              UNITED STATES ATTORNEY'S OFFICE
                DISTRICT OF DELAWARE
19              BY:  BENJAMIN L. WALLACE, ESQ.
                BY:  DEREK E. HINES, ESQ.
20              BY:  LEO J. WISE, ESQ.

21
                        Counsel for the United States
22

23

24

25
```

```
 1                 So let me first ask, do you have any precedent
 2   for agreeing not to prosecute crimes that have nothing to do
 3   with the case or the charges being diverted?
 4                 MR. WISE:  I'm not aware of any, Your Honor.
 5                 THE COURT:  Do you have any authority that says
 6   that that's appropriate and that the probation officer
 7   should agree to that as terms, or the chief of probation
 8   should agree to that as terms of a Diversion Agreement?
 9                 MR. WISE:  Your Honor, I believe that this is a
10   bilateral agreement between the parties that the parties
11   view in their best interest.  I don't believe that the role
12   of probation would include weighing whether the benefit of
13   the bargain is valid or not from the perspective of the
14   United States or the Defendant.
15                 THE COURT:  So have you ever seen -- I think I
16   just asked you this, but have you ever seen a Diversion
17   Agreement where the agreement not to prosecute is so broad
18   that it encompasses crimes in a different case?
19                 MR. WISE:  No.  And I would say, Your Honor, I
20   don't think it is broad in the sense that --
21                 THE COURT:  We're going to talk about that.  You
22   can sit down.
23                 All right.  Now, is an agreement not to bring
24   charges or an agreement to drop charges typically something
25   that is included in a Memorandum of Plea Agreement?
```

```
 1    you may anticipate?
 2                THE DEFENDANT:  Yes, Your Honor.
 3                THE COURT:  Are you pleading guilty of your own
 4    free will because you are, in fact, guilty?
 5                THE DEFENDANT:  Yes, Your Honor.
 6                THE COURT:  All right.  Now I want to walk
 7    through some of the specific provisions of the agreement.
 8    First, venue.  Do you have the agreement in front of you?
 9                THE DEFENDANT:  Yes, Your Honor.
10                THE COURT:  All right.  So paragraph 1 states
11    that you waive any challenge to the information based on
12    venue.  Do you understand that absent that waiver, you could
13    challenge this Court being the appropriate Court to hear
14    these charges?
15                THE DEFENDANT:  Yes, Your Honor.
16                THE COURT:  By entering this plea you are giving
17    up that challenge?
18                THE DEFENDANT:  Yes, Your Honor.
19                THE COURT:  Did you discuss that provision with
20    your counsel?
21                THE DEFENDANT:  Yes, Your Honor.
22                THE COURT:  Again, are you satisfied with the
23    advice that you received?
24                THE DEFENDANT:  Yes, Your Honor.
25                THE COURT:  Now, next, in paragraph 2, Mr. Wise
```