DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone: (771) 217-6091
    E-mail: LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 23-cr-00599-MCS |
|---|---|
| Plaintiff, | GOVERNMENT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING GOVERNMENT'S UNREDACTED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT AND THREE EXHIBITS |
| v. | |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |
| | Hearing Date: March 27, 2024<br>Hearing Time: 1:00 p.m.<br>Location: Courtroom of the Hon. Mark Scarsi |

    The government hereby applies <u>ex parte</u> for an order that seals the Government's *Unredacted* Opposition to Defendant's Motion to Dismiss the Indictment for Due Process Violations Based On Outrageous Government Conduct and Three Exhibits (Exhibits 2, 4, & 5). The government filed a redacted version of its opposition on the public docket which includes redactions to a potential ongoing investigation in one

paragraph of the filing, and the government has filed three exhibits that reference a potential ongoing investigation under seal. The justification for the redaction and the sealed exhibits is that the redacted information contained in the filing and the sealed exhibits relates to a potential ongoing investigation(s) and the investigating agency(cies) specifically requested that the government request that the court seal the exhibits, as well as any accompanying reference in the pleading, in order to protect the integrity of the potential ongoing investigation(s). *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); *Times Mirror Co. v. United States*, 873 F.2d 1210 (9th Cir. 1989). Here, the potential investigation(s) may involve allegations of wrongdoing, and the potential investigation(s) could be frustrated, not served, if the public were allowed access to these materials in the midst of the potential investigation(s). To be clear, the aforementioned potential ongoing investigations are not references to any investigation of the defendant conducted by the U.S. Department of Justice.

On March 11, 2024, undersigned counsel emailed counsel for the defendant for his position on this motion to seal. Mr. Abbe Lowell, counsel for the defendant, responded and indicated that the defendant does not object to the motion to seal.

This ex parte application is made pursuant to Local Criminal Rule 49-1.2(b)(3) and is based on the attached declaration of Senior Assistant Special Counsel Derek E. Hines.

Dated: March 11, 2024

Respectfully submitted,

DAVID WEISS
Special Counsel

/s/
LEO J. WISE
Principal Senior Assistant Special Counsel

DEREK E. HINES
Senior Assistant Special Counsel

2

## DECLARATION OF DEREK E. HINES

I, Derek E. Hines, declare as follows:

1. I am the Senior Assistant Special Counsel and represent the government in the prosecution of United States of America v. Robert Hunter Biden, No. CR 23-cr-00599-MCS.

2. On or about March 11, 2024, the government filed the "Government's Opposition to Defendant's Motion to Dismiss the Indictment for Due Process Violations Based On Outrageous Government Conduct." The public filing of this document included a partially redacted paragraph that references a potential ongoing investigation(s). Three exhibits (Exhibits 2, 4, and 5) reference a potential ongoing investigation(s). The government was advised by the Office of IRS Chief Counsel that the investigating entity referenced in each of Exhibits 2, 4, and 5 agreed that the documents could be provided to the government and used in a filing with the court provided that the government asked the court to seal these exhibits and certain references to those exhibits in order to protect the integrity of the potential ongoing investigation(s).

3. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed in the Commonwealth of Pennsylvania on March 11, 2024.

_____
DEREK E. HINES
Senior Assistant Special Counsel

1