UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBERT HUNTER BIDEN,<br><br>  Defendant. | No. CR 23-cr-00599-MCS<br><br>[PROPOSED] ORDER SEALING GOVERNMENT'S UNREDACTED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT AND THREE EXHIBITS |

For good cause shown, IT IS HEREBY ORDERED THAT:

Pursuant to Local Criminal Rule 49-1.2(b)(3), the government's unredacted opposition to defendant's motion to dismiss the indictment for due process violations based on outrageous government conduct and three exhibits (Exhibits 2, 4 and 6) shall be kept under seal.

_____          _____
DATE                                                                The Honorable Mark C. Scarsi
                                                                              UNITED STATES DISTRICT JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____          _____
DATE                                                                  The Honorable Mark C. Scarsi
                                                                                     UNITED STATES DISTRICT JUDGE