1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT HUNTER BIDEN,<br><br>Defendant. | No. CR 23-cr-00599-MCS<br><br>ORDER ON APPLICATION SEALING GOVERNMENT'S UNREDACTED OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT AND THREE EXHIBITS (ECF No. 43) |

11
12
13
14
15
16
17
18

For good cause shown, IT IS HEREBY ORDERED THAT:

19

Pursuant to Local Criminal Rule 49-1.2(b)(3), the government's unredacted

20

opposition to defendant's motion to dismiss the indictment for due process violations

21

based on outrageous government conduct and three exhibits (Exhibits 2, 4 and 5) shall be

22

kept under seal.

23
24

March 15, 2024
DATE

25

*Mark C. Scarsi*

The Honorable Mark C. Scarsi
UNITED STATES DISTRICT JUDGE

26
27
28

1