Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Attorneys for Robert Hunter Biden

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:23-cr-00599-MCS-1 |
|---|---|
| Plaintiff, | *Hon. Mark C. Scarsi* |
| vs. | **DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS FOR SELECTIVE AND VINDICTIVE PROSECUTION AND BREACH OF SEPARATION OF POWERS** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |
| | Hearing Date: March 27, 2024 |
| | Time: 1:00 PM |
| | Place: Courtroom 7C |

## DECLARATION OF ABBE DAVID LOWELL

I, Abbe David Lowell, declare as follows:

1. I am a partner at Winston & Strawn LLP and am an attorney of record for Defendant Robert Hunter Biden in the above-captioned case. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them. This declaration is offered in support of Defendant's reply in support of his motion to dismiss the indictment for selective and vindictive prosecution and breach of separation of powers.

2. I am a member in good standing of the Bars of the District of Columbia, the state of Maryland, and the state of New York. I was admitted pro hac vice in this Court on January 2, 2024. (ECF 10)

3. On August 29, 2023 at approximately 11:00 AM, I (along with my law partner, Christopher Man) met with Assistant United States Attorneys Leo Wise and Derek Hines at the U.S. Attorney's Office in Wilmington, Delaware. The meeting lasted approximately one hour. Our position was that the Diversion Agreement was in effect, and we sought to work with the government to effectuate the substance of the proposed Plea Agreement by addressing the procedural concerns the Delaware court raised on July 26, 2023.

4. During that meeting, Mr. Wise stated, in sum and substance, that DOJ was no longer willing at this point in time to (i) carry out the misdemeanor tax agreement it had made; (ii) commit to a "no jail" recommendation for Mr. Biden that it also had made; and (iii) maintain the parties' agreed-to immunity provision. While Mr. Wise said he was only in a "listening mode," the only type of charge even mentioned at the meeting were felonies, which are exactly what the Office filed about two weeks later in the District of Delaware.

1

DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS FOR SELECTIVE AND VINDICTIVE PROSECUTION AND BREACH OF SEPARATION OF POWERS
CASE NO. 2:23-CR-00599-MCS-1

5. During that meeting, Mr. Wise stated that at this time, DOJ was not prepared to make Mr. Biden another offer or proposal regarding resolution of the investigation. Mr. Wise further stated that DOJ's investigation into Mr. Biden remained ongoing.

6. Attached as **Exhibit A** is a chronology of certain events and negotiations that took place between Mr. Biden's counsel and DOJ following the July 26, 2023 plea hearing through this August 29, 2023 meeting in Wilmington, Delaware.

7. Attached as **Exhibit B** is a true and correct copy of a letter from Mr. Biden's counsel to Mr. Wise and Mr. Hines, dated August 7, 2023, which is referenced in the negotiation chronology described as Exhibit A.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 18th day of March, 2024 at Washington, DC.

Respectfully submitted,

*/s/ Abbe David Lowell*
ABBE DAVID LOWELL

2

DECLARATION OF ABBE DAVID LOWELL IN SUPPORT OF DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS FOR SELECTIVE AND VINDICTIVE PROSECUTION AND BREACH OF SEPARATION OF POWERS
CASE NO. 2:23-CR-00599-MCS-1