UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>        v.<br><br>ROBERT HUNTER BIDEN,<br><br>               Defendant. | Case No. 2:23-cr-00599-MCS-1<br><br>**ORDER REQUIRING SUPPLEMENTAL SUBMISSIONS** |

1

Defendant Robert Hunter Biden's motions to dismiss the indictment are now fully briefed. Two of Defendant's reply briefs raise arguments that he did not present in his initial motions. In response, the Court will provide the Government an opportunity to file a surreply addressing the following:

> Section I of Defendant's Reply In Support Of Motion To Dismiss Count I As Untimely Or, In the Alternative, To Dismiss All Counts For Failure To State a Claim For Lack Of Specificity (ECF No. 50, Pages 3–5), and
>
> Section IV of Defendant's Reply In Support Of His Motion To Dismiss Counts 1-4 For Improper Venue (ECF No. 53, Pages 4–6).

The Court asks the Government to limit any surreply to five pages (combined for both issues) and file it no later than March 25, 2024.

In connection with Defendant's Reply In Support Of His Motion To Dismiss For Selective And Vindictive Prosecution And Breach Of Separation Of Powers, defense counsel submitted a chronology of events between July 26 and August 29, 2023. (Lowell Decl. Ex. A, ECF No. 48-2.) The chronology references a letter of August 9, 2023, and emails of August 10 and 11, 2023, that are not part of the record. To the extent Defendant wishes the Court to consider the chronology, the Court orders Defendant to submit these communications no later than March 25, 2024.

**IT IS SO ORDERED.**

Dated: March 19, 2024

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE