# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA<br><br>Plaintiff(s),<br><br>v.<br><br>ROBERT HUNTER BIDEN<br><br>Defendant(s). | CASE NUMBER:<br><br>2:23−cr−00599−MCS<br><br>ORDER IN RESPONSE TO NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

In accordance with the Notice to Filer of Deficiencies in Filed Document

**REGARDING:**

| __3/20/2024__ | __55__ | __Exhibits to Motion by Defendant__ |
|---|---|---|
| Date Filed | Document. No. | Title of Document. |

**IT IS HEREBY ORDERED:**

The document is stricken .

DATED: March 21, 2024         /s/ *Mark C. Scarsi*
                              United States District Judge