1  Angela M. Machala (State Bar No. 224496)
   AMachala@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue, 38th Fl.
3  Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
4  Facsimile:  (213) 615-1750

5  Abbe David Lowell (*pro hac vice*)
   AbbeLowellPublicOutreach@winston.com
6  Christopher D. Man
   CMan@winston.com
7  WINSTON & STRAWN LLP
   1901 L Street NW
8  Washington, DC 20036-3508
   Telephone:  (202) 282-5000
9  Facsimile:  (202) 282-5100

10 *Attorneys for Robert Hunter Biden*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ROBERT HUNTER BIDEN,<br><br>　　　　Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**DEFENDANT'S SUPPLEMENTAL EXHIBITS IN SUPPORT OF HIS REPLY TO THE MOTION TO DISMISS FOR SELECTIVE AND VINDICTIVE PROSECUTION AND BREACH OF SEPARATION OF POWERS**<br><br>Hearing Date:　March 27, 2024<br>Time:　　　　 1:00 PM<br>Place:　　　　Courtroom 7C |

1    Pursuant to the Court's Order dated March 19, 2024 (ECF 54), Defendant Robert
2    Hunter Biden submits the following supplemental exhibits in support of the chronology
3    of events (Lowell Decl. Ex. A, ECF 48-2) attached to Defendant's Reply in support of
4    his Motion to Dismiss for Selective and Vindictive Prosecution and Breach of
5    Separation of Powers.  (ECF 48).

Date: March 21, 2024                    Respectfully submitted,

By: /s/ Angela M. Machala
Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*