# EXHIBIT E

| | |
|---|---|
| **From:** | |
| **To:** | clark@csvllp.com; matthew.salerno@lw.com; Timothy.McCarten@lw.com; Brian.McManus@lw.com |
| **Cc:** | rjones@bergerharris.com; pmcgivney@bergerharris.com |
| **Subject:** | FW: Activity in Case 1:23-mj-00274-MN USA v. Biden Motion to Vacate |
| **Date:** | Friday, August 11, 2023 12:04:51 PM |
| **Attachments:** | image001.png<br>D.I. 30 - MOTION to Vacate the Court"s Briefing Order by USA as to Robert Hunter Biden.pdf<br>D.I. 30 - MOTION to Vacate the Court"s Briefing Order by USA as to Robert Hunter Biden - Order.pdf |

## Notice of Electronic Filing

The following transaction was entered by Hines, Derek on 8/11/2023 at 12:00 PM EDT and filed on 8/11/2023

**Case Name:**      USA v. Biden
**Case Number:**   1:23-mj-00274-MN
**Filer:**          USA
**Document Number:** 30

**Docket Text:**
**MOTION to Vacate *the Court's Briefing Order* by USA as to Robert Hunter Biden. (Attachments: # (1) Text of Proposed Order)(Hines, Derek)**

**1:23-mj-00274-MN-1 Notice has been electronically mailed to:**

Benjamin L. Wallace     benjamin.wallace2@usdoj.gov, caseview.ecf@usdoj.gov, usade.ecf@usdoj.gov

Christopher J. Clark    clark@csvllp.com,

Derek E. Hines    derek.hines@usdoj.gov

Matthew S. Salerno     matthew.salerno@lw.com

Richard I.G. Jones , Jr    rjones@bergerharris.com,

**1:23-mj-00274-MN-1 Filer will deliver document by other means to:**

Leo J. Wise

The preceding e-mail message (including any attachments) contains information that may be confidential, be protected by the attorney-client or other applicable privileges, or constitute non-public information. It is intended to be conveyed only to the designated recipient(s). If you are not an intended recipient of this message, please notify the sender by replying to this message and then delete it from your system. Use, dissemination, distribution, or reproduction of this message by unintended recipients is not authorized and may be unlawful.

Case 2:23-cr-00599-MCS   Document 58-3   Filed 03/21/24   Page 3 of 3   Page ID #:1080