1  Angela M. Machala (State Bar No. 224496)
   AMachala@winston.com
2  WINSTON & STRAWN LLP
   333 S. Grand Avenue, 38th Fl.
3  Los Angeles, CA 90071-1543
   Telephone:  (213) 615-1700
4  Facsimile:  (213) 615-1750

5  Abbe David Lowell (*pro hac vice*)
   AbbeLowellPublicOutreach@winston.com
6  Christopher D. Man
   CMan@winston.com
7  WINSTON & STRAWN LLP
   1901 L Street NW
8  Washington, DC 20036-3508
   Telephone:  (202) 282-5000
9  Facsimile:  (202) 282-5100

10 *Attorneys for Robert Hunter Biden*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES, | Case No. 2:23-cr-00599-MCS |
|---|---|
| Plaintiff, | *Hon. Mark C. Scarsi* |
| vs. | **DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT** |
| ROBERT HUNTER BIDEN, | |
| Defendant. | |
| | Hearing Date:  March 27, 2024<br>Time:  1:00 PM<br>Place:  Courtroom 7C |

Defendant Robert Hunter Biden hereby applies *ex parte* for an order to seal Defendant's Unredacted Reply in support of his Motion to Dismiss the Indictment for Due Process Violations Based On Outrageous Government Conduct.  On March 15, 2024, the Court issued an order granting the government's application to seal the government's Unredacted Opposition to Defendant's Motion to Dismiss the Indictment for Due Process Violations Based on Outrageous Government Conduct and Three Exhibits (Exhibits 2, 4, & 5).  (ECF 43-45.)  On March 18, 2024, Defendant filed a redacted version of his Reply on the public docket (ECF 49) which includes redactions to materials subject to the Court's March 15, 2024 order.  On the same day, Defendant sent a copy of the Unredacted Reply to the Clerk of this Court.

The government's application cites the following justifications for the sealing: "the redacted information contained in the filing and the sealed exhibits relates to a potential ongoing investigation(s) and the investigating agency(cies) specifically requested that the government request that the court seal the exhibits, as well as any accompanying reference in the pleading, in order to protect the integrity of the potential ongoing investigation(s). *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006); *Times Mirror Co. v. United States*, 873 F.2d 1210 (9th Cir. 1989). Here, the potential investigation(s) may involve allegations of wrongdoing, and the potential investigation(s) could be frustrated, not served, if the public were allowed access to these materials in the midst of the potential investigation(s). To be clear, the aforementioned potential ongoing investigations are not references to any investigation of the defendant conducted by the U.S. Department of Justice."  (ECF 43.)  Given the Court's order granting the government's application, the Defendant relies on the government's stated reasons for this application to seal.

On March 21, 2024, counsel for Mr. Biden emailed counsel for the government and inquired into the government's position on this motion to seal.  Mr. Hines responded and indicated that the government has no objections to the application to seal. This *ex*

1

DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DEFENDANT'S
REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS
VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT
CASE NO. 2:23-CR-00599-MCS-1

*parte* application is made pursuant to Local Criminal Rule 49-1.2(b)(3) and is based on the attached declaration of Angela M. Machala.

Date: March 21, 2024

Respectfully submitted,

By: */s/ Angela M. Machala*
Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone:  (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

# DECLARATION OF ANGELA M. MACHALA

I, Angela Machala, declare as follows:

1. I am an attorney at law licensed to practice before all courts in the State of California and am the attorney of record for Mr. Robert Hunter Biden. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them.

2. I am a partner at Winston & Strawn LLP, located at 333 South Grand Avenue, Los Angeles CA 90071.

3. On March 11, 2024, the government filed an application to seal the government's Unredacted Opposition to Defendant's Motion to Dismiss the Indictment for Due Process Violations Based On Outrageous Government Conduct and Three Exhibits (Exhibits 2, 4, & 5). (ECF 43.)

4. On March 15, 2024, this Court granted the government's application to file under seal and sealed the government's Opposition to Defendant's Motion to Dismiss the Indictment for Due Process Violations Based On Outrageous Government Conduct and Three Exhibits. (ECF 44-45.)

4. On March 18, 2024, Mr. Biden filed a Redacted Reply in support of his Motion to Dismiss the Indictment for Due Process Violations Based On Outrageous Government Conduct. (ECF 49.)

5. On the same day, counsel for Mr. Biden also sent an unredacted version of the Reply to the Court's Clerk, Mr. Stephen Montes Kerr.

6. Certain paragraphs of Mr. Biden's Reply brief have been redacted where the paragraph includes information sealed by the Court through its March 15, 2024 Order granting the government's application to seal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3

DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT
CASE NO. 2:23-CR-00599-MCS-1

Executed on this 21st day of March, 2024 in Los Angeles, California.

*/s/ Angela M. Machala*

ANGELA M. MACHALA

4

DEFENDANT'S UNOPPOSED *EX PARTE* APPLICATION FOR ORDER SEALING DEFENDANT'S REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT
CASE NO. 2:23-CR-00599-MCS-1