# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **Case No. 2:23-cr-00599-MCS** |
| Plaintiff, | **[PROPOSED] ORDER SEALING DEFENDANT'S UNREDACTED REPLY IN SUPPORT OF HIS MOTION TO DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT CONDUCT** |
| v. | |
| ROBERT HUNTER BIDEN | |
| Defendant. | |

1

2      For good cause shown, IT IS HEREBY ORDERED THAT:

3      Pursuant to Local Criminal Rule 49-1.2(b)(3), Defendant's Unredacted Reply to

4  Defendant's Motion to Dismiss the Indictment for Due Process Violations Based On

5  Outrageous Government Conduct shall be kept under seal.

6      IT IS SO ORDERED.

7

8

9  _____          _____

DATE                              THE HONORABLE MARK C. SCARSI

10                                     UNITED STATES DISTRICT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER SEALING DEFENDANT'S UNREDACTED REPLY IN SUPPORT OF HIS MOTION TO
DISMISS THE INDICTMENT FOR DUE PROCESS VIOLATIONS BASED ON OUTRAGEOUS GOVERNMENT
CONDUCT
CASE NO. 2:23-CR-00599-MCS