UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TRANSCRIPT ORDER FORM**
Please use one form per court reporter per case, and contact court reporter
directly immediately after e-filing form.  *(Additional instructions on next page.)*

COURT USE ONLY
**DUE DATE:**

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Gwen Montoya | 2a. Contact Phone Number: (213) 615-1716 | 3a. Contact E-mail Address: Gmontoya@winston.com |
| 1b. Attorney Name (if different): Angela Machala | 2b. Attorney Phone Number: (213) 615-1997 | 3b. Attorney E-mail Address: Amachala@winston.com |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
Winston & Strawn LLP
333 South Grand Ave, 38th Floor
Los Angeles, CA  90071

5. Name & Role of Party Represented: Defendant, Robert Biden

6. Case Name: United States of America v. Robert Hunter Biden

7a. District Court Case Number: 2:23-cr-00599-MCS

7b. Appeals Court Case Number: n/a

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
[ ] DIGITALLY RECORDED    [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: April Lassiter Benson

9. THIS TRANSCRIPT ORDER IS FOR:   [ ] Appeal   [ ] Non-Appeal    [X] Criminal   [ ] Civil    [ ] CJA   [ ] USA   [ ] FPD   [ ] In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of page(s) for which transcript is requested, format(s), and delivery type):   *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

a. HEARING(S) OR PORTIONS OF HEARINGS (Attach additional pages if necessary.  If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)

b. SELECT FORMAT(S) *(CM/ECF access included with purchase of transcript.)*

c. RELEASE OF TRANS. RESTRICTION DATE *(Provide release date of efiled transcript, or check to certify none yet on file.)*

d. DELIVERY TYPE 30-day, 14-day, 7-day, 3-day, Daily, Hourly *(Check with court reporter before choosing any delivery time sooner than "Ordinary-30.")*

| HEARING DATE | Minute Order Docket# (if available) | JUDGE (name) | PROCEEDING TYPE / PORTION If requesting less than full hearing, specify portion (e.g., witness or time). CJA orders: indicate if openings, closings, voir dire, or instructions requested. | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE DATE | DELIVERY |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 03/27/2024 | | M.C. Scarci | Hearing on Defendants Motion to Strike Surplusage | (●) | ( ) | ( ) | ( ) | ( ) | ( ) | (●) _____ | HOURLY (2 hrs) |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) _____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) _____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) _____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) _____ | |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. *CJA Orders:  Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION.  By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: March 28, 2024     Signature: /s/ Angela Machala

G-120 (06/18)