Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071
Telephone: (213) 615-1700
Facsimile: (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

*Attorneys for Robert Hunter Biden*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES, <br><br> Plaintiff, <br><br> vs. <br><br> ROBERT HUNTER BIDEN, <br><br> Defendant. | **Case No. 2:23-cr-00599-MCS-1** <br><br> *Hon. Mark C. Scarsi* <br><br> **DECLARATION OF ABBE DAVID LOWELL IN FURTHER SUPPORT OF DEFENDANT'S PRETRIAL MOTIONS** |

# DECLARATION OF ABBE DAVID LOWELL

I, Abbe David Lowell, declare as follows:

1. I am a partner at Winston & Strawn LLP and am an attorney of record for Defendant Robert Hunter Biden in the above-captioned case. I have personal knowledge of the matters contained in this declaration and, if called as a witness to testify, I could and would competently testify to them. This Declaration of counsel is offered in support of Defendant's pretrial motions.

2. I am a member in good standing of the Bars of the District of Columbia, the state of Maryland, and the state of New York. I was admitted *pro hac vice* in this Court on January 2, 2024. (ECF 10.)

3. During the March 27, 2024 hearing, this Court raised what was the record evidence for references to articles and posting concerning the political pressure directed at the prosecutors before they reneged on their June and July 2023 agreements.

4. While the Court indicated it did review those references, to complete the record properly (with no prejudice to the government), Mr. Biden now submits this Declaration of counsel verifying those references.

5. Attached as **Exhibit A** is a true and correct copy of the press release issued by Senator Chuck Grassley on March 26, 2021, available at https://www.grassley.senate.gov/news/news-releases/grassley-johnson-seek-information-about-secret-service-involvement-in-hunter-biden-firearm-incident (cited in ECF 27, n.1).

6. Attached as **Exhibit B** is a true and correct copy of a new article published by the Associated Press on November 7, 2023, available at https://apnews.com/article/hunter-biden-david-weiss-congress-republicans-aed25541b709a57371cdfe1582be0c5a#:~:text=In%20his%20opening%20statement%2C%20Weiss,case%2C%E2%80%9D%20he%20told%20lawmakers (cited in ECF 27, n.5).

7. Attached as **Exhibit C** is a true and correct copy of a news article published by CBS on December 10, 2020, available at https://www.cbsnews.com/news/hunter-biden-tax-investigation-began-2018/ (cited in ECF 27, n.7).

8. Attached as **Exhibit D** is a true and correct copy of a news article published by USA Today on June 12, 2023, available at https://www.usatoday.com/story/news/politics/2023/06/12/hunter-biden-addiction-american-families-opioid/70222851007/ (cited in ECF 27, n.8).

9. Attached as **Exhibit E** is a true and correct copy of a news article published by CBS on July 19, 2023, available at https://www.cbsnews.com/news/hunter-biden-irs-whistleblower-felt-handcuffed-case-hearing-investigation/ (cited in ECF 27, n.11; ECF 49, n.1).

10. Attached as **Exhibit F** is a true and correct copy of a news article published by the New York Times on August 19, 2023, available at https://www.nytimes.com/2023/08/19/us/politics/inside-hunter-biden-plea-deal.html (cited in ECF 27, n.12; ECF 49, n.3).

11. Attached as **Exhibit G** is a true and correct copy of a news article published by USA Today on June 20 2023, available at https://www.usatoday.com/story/news/politics/2023/06/20/donald-trump-republicans-react-hunter-biden-plea-deal/70337635007/ (cited in ECF 27, n.13).

12. Attached as **Exhibit H** is a true and correct copy of a news article published by PBS on June 23 2023, available at https://www.pbs.org/newshour/politics/gop-releases-testimony-alleging-doj-interference-in-hunter-biden-tax-case (cited in ECF 27, n.14).

13. Attached as **Exhibit I** is a true and correct copy of a news article published by Fox News on July 26, 2023, available at https://www.foxnews.com/politics/comer-says-house-investigations-hunter-biden-given-lot-credibility-plea-deal-crumbles (cited in ECF 27, n.17).

14. Attached as **Exhibit J** is a true and correct copy of a news article published by CNN on November 16, 2023, available at https://www.cnn.com/2023/11/16/politics/trump-agenda-second-term/index.html (cited in ECF 27, n.21).

15. Attached as **Exhibit K** is a true and correct copy of a news article published by The Hill on April 6, 2023, available at https://thehill.com/homenews/senate/3936557-trumps-call-to-defund-doj-fbi-puts-senate-house-gop-at-odds/ (cited in ECF 27, n.21).

16. Attached as **Exhibit L** is a true and correct copy of a news article published by Politico on November 10, 2023, available at https://www.politico.com/news/2023/11/10/hunter-biden-special-counsel-takeaways-00126639#:~:text=Twitter,What%20Hunter%20Biden's%20prosecutor%20told%20Congress%3A%20Takeaways%20from%20closeddoor,discuss%20in%20his%20written%20report. (cited in ECF 27, n.22).

17. Attached as **Exhibit M** is a true and correct copy of a news article published by the Washington Post on April 23, 2018, available at https://www.washingtonpost.com/opinions/rod-rosenstein-has-made-two-critical-missteps/2018/04/23/4bd9c740-4689-11e8-9072-f6d4bc32f223_story.html/ (cited in ECF 27, n.27).

18. Attached as **Exhibit N** is a true and correct copy of a news article published by The Hill on May 15, 2018, available at https://thehill.com/opinion/judiciary/387648-congress-dangerously-wields-its-oversight-power-in-russia-probe/ (cited in ECF 27, n.27).

19. Attached as **Exhibit O** is a true and correct copy of a news article published by the Washington Post on July 31, 2021 available at https://www.washingtonpost.com/national-security/trump-rosen-phone-call-notes/2021/07/30/2e9430d6-f14d-11eb-81d2-ffae0f931b8f_story.html (cited in ECF 27, n.33).

20. Attached as **Exhibit P** is a true and correct copy of a news article published by The Hill on June 20, 2023 available at https://thehill.com/homenews/campaign/4058241-trump-compares-hunter-biden-charges-to-traffic-ticket/ (cited in ECF 27, n.35).

21. Attached as **Exhibit Q** is a true and correct copy of a news article published by Rolling Stone on July 11, 2023 available at https://www.rollingstone.com/politics/politics-news/trump-suggests-hunter-biden-death-penalty-1234786435/ (cited in ECF 27, n.36).

22. Attached as **Exhibit R** is a true and correct copy of a news article published by the New York Times on March 7, 2023 available at https://www.nytimes.com/2023/03/07/us/politics/trump-2024-president.html/ (cited in ECF 27, n.37).

23. Attached as **Exhibit S** is a true and correct copy of a news article published by Reuters on April 6, 2023 available at https://www.reuters.com/world/us/trump-facing-criminal-charges-calls-defunding-fbi-2023-04-05/ (cited in ECF 27, n.38).

24. Attached as **Exhibit T** is a true and correct copy of a news article published by The Hill on June 12, 2023 available at https://thehill.com/homenews/campaign/4045934-trump-vows-to-appoint-special-prosecutor-to-go-after-biden-if-former-president-wins-in-2024/ (cited in ECF 27, n.38).

25. Attached as **Exhibit U** is a true and correct copy of a news article published by ABC on July 14, 2023 available at https://abcnews.go.com/Politics/trumps-unprecedented-2024-campaign-pitch-elect-revenge-government/story?id=100778347 (cited in ECF 27, n.38).

26. Attached as **Exhibit V** is a true and correct copy of a press release published by Representative James Comer on August 11, 2023 available at https://oversight.house.gov/release/comer-justice-department-attempting-a-biden-family-coverup/ (cited in ECF 27, n.41).

27. Attached as **Exhibit W** is a true and correct copy of a news article published by the New York Times on August 14, 2023 available at https://www.nytimes.com/2023/08/14/us/politics/hunter-biden-plea-deal-weiss.html (cited in ECF 27, n.44).

28. Attached as **Exhibit X** is a true and correct copy of a news article published by Fox News on October 26, 2023 available at https://www.foxnews.com/politics/us-attorney-california-says-he-declined-partner-weiss-hunter-biden-charges-his-district (cited in ECF 27, n.53).

29. Attached as **Exhibit Y** is a true and correct copy of a news article published by the New York Post on October 26, 2023 available at https://nypost.com/2023/10/26/news/us-attorney-martin-estrada-says-he-had-no-resources-to-charge-hunter-biden/ (cited in ECF 27, n.53).

30. The following is a true and correct URL for a video published by CNN on December 7, 2023: https://www.cnn.com/videos/politics/2023/12/08/hunter-biden-eric-holder-reaction-sot-lcl-vpx.cnn (cited in ECF 27, n.54).

31. The following is a true and correct URL for a video published by Fox News on July 26, 2023: https://www.foxnews.com/video/6331889313112 (cited in ECF 27, n.18).

32. Attached as **Exhibit Z** is a true and correct copy of a transcript published by the House Committee on Ways and Means available at https://waysandmeans.house.gov/wp-content/uploads/2023/06/Whistleblower-1-Transcript_Redacted.pdf (cited in ECF 28, n.1; ECF 49, n.6).

33. The following is a true and correct URL for a podcast published by John Solomon Reports on April 19, 2023: https://justthenews.com/podcasts/john-solomon-reports/exclusive-lawyer-irs-whistleblower-hunter-biden-case-breaks-silence (cited in ECF 28, n.3).

34. The following is a true and correct URL for a video published by CBS News on April 19, 2023: https://www.cbsnews.com/news/hunter-biden-investigation-irs-agent-requests-whistleblower-protections-congress/ (cited in ECF 28, n.4).

35. The following is a true and correct URL for a video published by Fox News on April 20, 2023: https://www.foxnews.com/politics/irs-whistleblower-not-political-person-has-documents-support-hunter-biden-allegations-attorney (cited in ECF 28, n.5).

36. The following is a true and correct URL for a video published by CBS News on May 24, 2023: https://www.cbsnews.com/news/irs-whistleblower-tax-probe-hunter-biden/

37. Attached as **Exhibit AA** is a true and correct copy of a transcript published by the House Committee on Ways and Means available at https://waysandmeans.house.gov/wp-content/uploads/2023/06/Whistleblower-2-Transcript_Redacted.pdf (cited in ECF 28, n.8).

38. Attached as **Exhibit BB** is a true and correct copy of a press release published by Representative Jason Smith on June 22, 2023 available at https://waysandmeans.house.gov/smith-testimony-of-irs-employees-reveals-biden-irs-doj-interfered-in-tax-investigation-of-hunter-biden-revealing-preferential-treatment-for-wealthy-and-politically-connected/ (cited in ECF 28, n.9).

39. The following is a true and correct URL for a video published by Fox News on June 28, 2023: https://www.foxnews.com/politics/irs-whistleblower-says-most-substantive-felony-charges-were-left-off-table-hunter-biden-probe (cited in ECF 28, n.10).

40. The following is a true and correct URL for a video published by Just the News on June 29, 2023: https://www.cbsnews.com/news/hunter-biden-irs-lawsuit-alleging-privacy-violations/ (cited in ECF 28, n.11).

41. The following is a true and correct URL for a video published by CBS News on September 18, 2023: https://justthenews.com/videos/irs-whistleblower-gary-shapley-prosecutors-allowed-hunter-biden-2014-tax-evasion-charge?utm_source=mux&utm_medium=social&utm_campaign=tw (cited in ECF 28, n.12).

42. Attached as **Exhibit CC** is a true and correct copy of a news article published by CBS News on July 19, 2023 available at https://www.cbsnews.com/news/hunter-biden-irs-whistleblower-felt-handcuffed-case-hearing-investigation/ (cited in ECF 28, n.13).

43. The following is a true and correct URL for a video published by CNN on July 20, 2023: https://www.cnn.com/videos/tv/2023/07/20/the-lead-irs-whistleblower-joseph-ziegler-jake-tapper-live.cnn (cited in ECF 28, n.14; ECF 49, n.1).

44. The following is a true and correct URL for a video published by Megyn Kelly on July 20, 2023: https://www.youtube.com/watch?v=JiYBzCZ0k3E (cited in ECF 28, n.15).

45. The following is a true and correct URL for a podcast published by John Solomon Reports on July 24, 2023: https://justthenews.com/podcasts/john-solomon-reports/irs-whistleblower-ziegler-hunter-bidens-contradicting-statements (cited in ECF 28, n.16).

46. The following is a true and correct URL for a video published by Fox News on July 27, 2023: https://www.foxnews.com/media/attorney-irs-whistleblower-urges-special-counsel-hunter-biden-plea-deal-collapses (cited in ECF 28, n.17).

47. Attached as **Exhibit DD** is a true and correct copy of a press release published by the Department of Justice on August 11, 2023 available at https://www.justice.gov/opa/pr/appointment-special-counsel-2 (cited in ECF 28, n.18).

48. The following is a true and correct URL for a video published by Fox News on August 1, 2023: https://www.foxnews.com/media/biden-irs-whistleblower-calls-congress-demand-access-more-witnesses-evidence-denied (cited in ECF 28, n.19).

49. Attached as **Exhibit EE** is a true and correct copy of a news article published by the New York Post on August 1, 2023 available at https://nypost.com/2023/08/01/hunter-biden-irs-whistleblower-gary-shapley-says-fbi-spooked-witness/ (cited in ECF 28, n.20).

50. Attached as **Exhibit FF** is a true and correct transcript of an interview published by CNN on August 11, 2023 available at https://transcripts.cnn.com/show/skc/date/2023-08-11/segment/01 (cited in ECF 28, n.21).

51. The following is a true and correct URL to the documents published by the House Committee on Ways and Means on September 27, 2023: https://waysandmeans.house.gov/event/meeting-on-documents-protected-under-internal-revenue-code-section-6103-2/ (cited in ECF 28, n.22).

52. Attached as **Exhibit GG** is a true and correct copy of a report published by the House Committee on Ways and Means on September 27, 2023 available at https://gop-waysandmeans.house.gov/wp-content/uploads/2023/09/WM-Staff-Report_09.27.2023.pdf (cited in ECF 28, n.23).

53. Attached as **Exhibit HH** is a true and correct transcript published by the House Committee on Ways and Means on December 5, 2023 available at https://gop-waysandmeans.house.gov/wp-content/uploads/2023/12/FINAL_Hearing-Transcript-12.5.2023.pdf (cited in ECF 28, n.24).

54. The following is a true and correct URL to a video published by CBS News on December 5, 2023: https://www.cbsnews.com/video/irs-whistleblowers-testify-in-hunter-biden-probe/ (cited in ECF 28, n.25).

55. The following is a true and correct URL to a video published by Fox News on December 8, 2023: https://www.foxnews.com/politics/irs-whistleblowers-hunter-biden-indictment-complete-vindication-investigation-allegations (cited in ECF 28, n.26; ECF 49, n.4).

56. The following is a true and correct URL to a video published by Fox News on December 14, 2023: https://www.foxnews.com/video/6343089520112 (cited in ECF 28, n.27).

57. Attached as **Exhibit II** is a true and correct copy of a press release published by Representative Jim Jordan on February 8, 2024 available at https://judiciary.house.gov/media/press-releases/chairman-jordan-opens-inquiry-dojs-sweetheart-deal-trump-tax-return-leaker#:~:text=WASHINGTON%2C%20D.C.%20%E2%80%93%20Today%2C%20House,Charles%20Littlejohn%2C%20an%20IRS%20contractor (cited in ECF 28, n.29; ECF 49, n.7).

58. Attached as **Exhibit JJ** is a true and correct copy of a news article published by the Daily Caller on July 19, 2023 available at https://dailycaller.com/2023/07/19/jason-smith-irs-whistleblower-retaliation/ (cited in ECF 28, n.29; ECF 49, n.7).

59. Attached as **Exhibit KK** is a true and correct copy of a press release published by the IRS on February 29, 2024 available at https://www.irs.gov/newsroom/irs-launches-new-effort-aimed-at-high-income-non-filers-125000-cases-focused-on-high-earners-including-millionaires-who-failed-to-file-tax-returns-with-financial-activity-topping-100-billion (cited in ECF 48, n.7).

60. Attached as **Exhibit LL** is a true and correct copy of an article published by Emptywheel on March 11, 2024 available at https://www.emptywheel.net/2024/03/11/david-weiss-is-smoking-roger-stones-witness-tampering-gun/ (cited in ECF 48, n.10).

61. Attached as **Exhibit MM** is a true and correct copy of a press release published by the House Committee on Ways and Means on November 8, 2023 available at https://gop-waysandmeans.house.gov/ways-and-means-republicans-demand-doj-answers-for-inadequate-charging-decisions-for-propublica-leaker/ (cited in ECF 49, n.2).

62. During the March 27, 2024 hearing, this Court noted that there is nothing in the record to indicate that Mr. Biden filed his 2019 tax returns and paid his outstanding balance with interest and penalties.

63. While not contested by the prosecution, I asked the Court for permission to supplement the record. (3/27/2024 Hearing Tr. at 130).

64. Attached as **Exhibit NN** is a redacted copy of Edward White & Co., LLC's records showing Mr. Biden's 2019 tax return was timely filed on October 15, 2020.

65. Attached as **Exhibit OO** is a redacted copy of Mr. Biden's IRS Account Transcripts for tax years 2016 – 2019, showing his taxes were paid with interest and penalties in 2021.

66. During the March 27, 2024 hearing, I referred to the case of *United States v. Grimes*, No. 2:24-cr-00190-SB (C.D. Cal.). While this case is on the docket in the Central District of California, I now submit the following to complete the record.

67. Attached as **Exhibit PP** is a true and correct copy of the press release issued by the Department of Justice on March 22, 2024, titled *Los Angeles Attorney Charged with Tax Evasion and Willful Failure to Pay Taxes*.

68. Attached as **Exhibit QQ** is a true and correct copy of the indictment filed in the case of *United States v. Grimes*, No. 2:24-cr-00190-SB (C.D. Cal.).

69. On March 29, 2024 at 10:05 AM EST, I contacted the prosecutors via electronic mail to explain that I would be providing a brief supplemental pleading and declaration to the Court to provide verification for the exhibits referenced in the motions. I inquired as to whether the prosecution would oppose such a motion.

70. As of the time of this filing on April 1, 2024, the prosecution has not responded.

Executed on this 1st day of April, 2024 at Washington, DC.

Respectfully submitted,

*/s/ Abbe David Lowell*

ABBE DAVID LOWELL

Declaration Of Abbe David Lowell In Further Support Of Defendant's Pretrial Motions
Case No. 2:23-CR-00599-MCS-1