# EXHIBIT A

Grassley, Johnson Seek Information About Feds' Involvement In Hunter Biden Firearm Incident

! Check out my NEW "History" series! Click here to read.

News · News Releases

**03.26.2021**

# Grassley, Johnson Seek Information About Feds' Involvement In Hunter Biden Firearm Incident

**WASHINGTON** -- Sens. Chuck Grassley (R-Iowa) and Ron Johnson (R-Wis.) are seeking information from federal law enforcement agencies regarding their reported role in an incident involving a firearm belonging to Hunter Biden long after Biden's U.S. Secret Service protection had ended.

Biden's gun was discarded in a trashcan behind a grocery store near a high school, **POLITICO reports**, and Secret Service agents approached the owner of the store where Hunter bought the gun and asked to take the paperwork involving the sale.

The senators are asking why the Secret Service became involved in the incident despite Biden's elapsed status as a protectee, and seeking further information from both the FBI and ATF.

Full text of the senators' letter to the Secret Service follows and can be found **HERE**.
Full text of the senators' letter to the FBI can be found **HERE**.
Full text of the senators' letter to the ATF can be found **HERE**.

March 25, 2021

**VIA ELECTRONIC TRANSMISSION**
Mr. James. M. Murray
Director
U.S. Secret Service

Dear Director Murray:

A recent press report detailed an October 2018 incident where a firearm owned by Hunter Biden was discarded in a "trash can behind a grocery store" across from a high school.[1]

After the firearm was discarded, the U.S. Secret Service (USSS) allegedly became involved and sought paperwork from the Federal Firearm Licensee (FFL) connected to Hunter Biden's purchase of the firearm.[2]  The owner of the gun store reportedly "refused to supply the paperwork" to the USSS agents due to suspicion that "the Secret Service officers wanted to hide Hunter's ownership of the missing gun in case it were to be involved in a crime."[3]  The gun store owner reportedly provided the paperwork to the Bureau of Alcohol, Tobacco, Firearms, and Explosives.[4]  Notably, neither Joe Biden nor Hunter Biden were a Secret Service protectee at that time.[5]  However, according to this report, a "law enforcement official" claimed that Secret Service agents in Delaware "kept an informal hand in maintaining the former vice president's security."[6]  If true, USSS must explain to Congress why such informal actions were taken and whether they were necessary in light of the circumstances.

In addition, at the time of the October 2018 incident, the FBI reportedly "responded to the scene"; however, it is unclear what actions, if any, the FBI took.[7]
In light of the recent press report, please provide all records relating to your agency's involvement in the alleged October 2018 incident with respect to Hunter Biden's firearm no later than April 8, 2021. Further, USSS failed to fully respond to our October 20, 2020, letter relating to emails that reference travel plans for Hunter Biden involving USSS agents one year after Hunter Biden's protection ended.  We continue to expect a complete response to that letter and ask that you produce all requested records no later than April x, 2021.  Thank you for your attention to this matter.

Should you have questions, please contact Joshua Flynn-Brown of Senator Grassley's Committee staff at 202-224-5225 and Brian Downey and Scott Wittmann of Senator Johnson's Subcommittee staff at 202-224-3721.

Sincerely,


[1] Tara Palmeri and Ben Schreckinger, *Sources: Secret Service inserted itself into case of Hunter Biden's gun,* Politico (March 25, 2021).
[2] *Id.*
[3] *Id.*
[4] *Id.*
[5] According to USSS records, Hunter Biden enrolled as a protectee starting in January 2009 and declined USSS protection after July 8, 2014.  *See* S. Comm. on Homeland Sec. and Governmental Aff. & S. Comm. on Fin., *Hunter Biden, Burisma, and Corruption: The Impact on U.S. Government Policy and Related Concerns* at 31 (Sept. 2020), **https://www.hsgac.senate.gov/imo/media/doc/HSGAC_Finance_Report_FINAL.pdf**.
[6] Tara Palmeri and Ben Schreckinger, *Sources: Secret Service inserted itself into case of Hunter Biden's gun,* Politico (March 25, 2021).
[7] *Id.*

-30-

PRINT    EMAIL    LIKE    TWEET

Tags: **Crime, Justice & Law Enforcement**, **Government Accountability**

PREVIOUS ARTICLE        NEXT ARTICLE



https://www.grassley.senate.gov/news/news-releases/grassley-johnson-seek-information-about-secret-service-involvement-in-hunter-biden-firearm-incident    1/1