# EXHIBIT C

**U.S.**

POLITICS

# Investigation into Hunter Biden's "tax affairs" began in 2018

By Kathryn Watson , Clare Hymes , Andres Triay
December 10, 2020 / 7:01 AM EST / CBS News

Federal prosecutors are investigating Hunter Biden's "tax affairs," according to a statement

View CBS News In

| | |
|---|---|
| CBS News App | OPEN |
| | CONTINUE |

violated policy at the FBI and Department of Justice by taking any said "overt" steps that would affect the election.

Hunter Biden said he believes a review will "demonstrate that I handled my affairs legally and appropriately."

"I learned yesterday for the first time that the U.S. Attorney's Office in Delaware advised my legal counsel, also yesterday, that they are investigating my tax affairs," Hunter Biden, 50, said in a statement. "I take this matter very seriously but I am confident that a professional and objective review of these matters will demonstrate that I handled my affairs legally and appropriately, including with the benefit of professional tax advisors."

An unnamed statement "from the Biden-Harris transition" accompanying Hunter Biden's comments said the president-elect "is deeply proud of his son, who has fought through difficult challenges, including the vicious personal attacks of recent months, only to emerge stronger."

The Justice Department declined to comment.

## More from CBS News



**Jeffrey Clark's actions related to 2020 election amount to "coup attempt," panel says**



**Comer invites Biden to testify as House impeachment inquiry stalls**



**Black voters, organizers in battleground states anxious about Biden enthusiasm**



**Evan Gershkovich still awaiting trial 1 year after his arrest in Russia**

In:     **Hunter Biden**

## **Kathryn Watson**



Kathryn Watson is a politics reporter for CBS News Digital based in Washington, D.C.

First published on December 9, 2020 / 4:22 PM EST

© 2020 CBS Interactive Inc. All Rights Reserved.

Copyright ©2024 CBS Interactive Inc. All rights reserved.

**Privacy Policy**

**California Notice**

**Do Not Sell My Personal Information**

**Terms of Use**

**About**

**Advertise**

**Closed Captioning**

**CBS News Live on Paramount+**

**CBS News Store**

**Site Map**

**Contact Us**

**Help**