# EXHIBIT G



POLITICS                                                                                    Donald Trump            Add Topic

# 'Slap on the wrist': Donald Trump, congressional Republicans call out Hunter Biden plea deal



**Phillip M. Bailey**
USA TODAY

Published 11:17 a.m. ET June 20, 2023 | Updated 10:11 a.m. ET June 21, 2023

Republican lawmakers and presidential contenders are not satisfied after federal prosecutors unveiled a plea agreement with the president's son Hunter Biden after a nearly six-year investigation.

Biden, 53, is copping to two misdemeanor tax evasion charges and one firearm offense, according to a court filing Tuesday in Delaware.

Under the agreement, Biden will be charged but not prosecuted in connection with buying a Colt Cobra 38SPL revolver in 2018 when he was abusing drugs.

For years, Republicans have been making a public case that the president's son committed various crimes that should result in prison time.

"Hunter Biden is getting away with a slap on the wrist when growing evidence uncovered by the House Oversight Committee reveals the Bidens engaged in a pattern of corruption, influence peddling, and possibly bribery," Rep. James Comer, R-Ky., chair of the House Oversight Committee, tweeted Tuesday.

**Prep for the polls:** See who is running for president and compare where they stand on key issues in our Voter Guide

Comer, armed with subpoena power, has been the lead congressional investigator who has used the megaphone of committee hearings to antagonize President Joe Biden through the 2024 election.

The White House has dismissed allegations against the president as partisan innuendo.

The case and plea deal have political implications as congressional Republicans, joined by former President Donald Trump and other right-leaning activists, have kept a drumbeat for years that Hunter Biden represents a corrupting force in his father's inner circle.

"Wow! The corrupt Biden DOJ just cleared up hundreds of years of criminal liability by giving Hunter Biden a mere 'traffic ticket,'" Trump said on Truth Social. "Our system is BROKEN!"

## GOP: Plea is a 'sweetheart deal' for Bidens

House Speaker Kevin McCarthy didn't hold back his misgivings about prosecutors' decision to offer Hunter Biden a plea deal, saying it spotlights a "two-tier" legal justice system when compared with Trump's federal arraignment a week earlier.

"If you are the president's leading political opponent, the DOJ tries to literally put you in jail and give you prison time," McCarthy told reporters Tuesday. "If you are Biden's son, you get a sweetheart deal."

The speaker vowed Tuesday's announcement won't stall congressional investigations and emphasized that it, "actually should enhance our investigation because the DOJ should not be able to withhold any information now."

The Republican National Committee cast the plea agreement in the same way.

"It is clear that Joe Biden's Department of Justice is offering Hunter Biden a sweetheart deal," the RNC said in a statement.

Other GOP lawmakers called out how the plea deal was announced a week after Trump was arraigned on federal charges related to the classified documents seized at his Mar-a-Lago estate.

"It's no coincidence that less than a week after President Trump is arraigned by the DOJ, Hunter Biden is pleading guilty to a sweetheart deal with no jail time," Republican Sen. Marsha Blackburn, of Tennessee, said in a tweet Tuesday.

Blackburn added that "after years of slow walking their investigation," federal prosecutors went after "low-hanging fruit" by charging Hunter Biden with a gun felony and two tax misdemeanors.

Rep. Jim Banks, R-Ind., pinned his outrage partially on the news media, asking in a tweet if followers could "imagine the wall to wall media coverage if one of President's Trump's children had been convicted of a crime" during his White House tenure.

"We would have never heard the end of it," Banks said.

Congressional Republicans have long questioned Hunter Biden's overseas business deals and have argued that he peddled influence on the administration through lucrative business deals and the sale of art. The White House has said the president had no role in those deals.

Republicans point out how after Joe Biden became vice president in 2009, Hunter Biden established business relationships with foreign interests that raked in millions.

Coupled with Hunter Biden's personal problems, including a battle with substance use, that has opened Joe Biden up to years of attacks by political adversaries.

The House Oversight and Accountability Committee released a report in March spotlighting how Hunter Biden and other relatives received $1.3 million from a business associate after he received a wire transfer from a Chinese company.

## What are 2024 candidates saying?

The Republicans looking to boot Joe Biden from the White House didn't spare the president's son.

"If Hunter were a Republican, he'd have been in jail years ago," Florida Gov. Ron DeSantis, who is running for president, tweeted Tuesday.

"The Hunter Biden plea deal is a joke," said Vivek Ramaswamy, an Ohio entrepreneur running for president. "It's a feigned retreat and reveals they're even more scared than ever of scrutiny for the real crimes."