# EXHIBIT K

TRENDING:   MARYLAND SENATE PRIMARY     DONALD TRUMP     JAMES CARVILLE     KEN BUCK

SENATE

# Trump's call to defund DOJ, FBI puts Senate, House GOP at odds

BY ALEXANDER BOLTON - 04/06/23 6:00 AM ET

Share          Post    •••   More



3/29/24, 3:10 PM
Case 2:23-cr-00599-MCS   Document 66-13   Filed 04/01/24   Page 3 of 17   Page ID #:1207
Trump's call to defund DOJ, FBI puts Senate, House GOP at odds | The Hill

nation's top law enforcement agencies.

ADVERTISEMENT

One such Trump ally is House Judiciary Committee Chairman Jim Jordan (R-Ohio), who on Sunday endorsed the idea of cutting money for the Justice Department and FBI.

Speaker Kevin McCarthy (R-Calif.), who relied on Jordan's support to win the Speaker's gavel after 15 ballots, is giving his chairman plenty of space to pressure federal prosecutors and investigators to back off Trump.

While McConnell has chastised the Justice Department and FBI for "harassing" conservatives, such as parents who complain at local school board meetings, embracing the idea of cutting federal law enforcement money amid what many Republicans say is a national crime wave is politically dangerous, experts and strategists say.

"Trump is creating problems for Republicans everywhere," said Steven S. Smith, a professor of political science at Washington University in St. Louis. "It's almost impossible to see anything good from this kind of comment coming for the Republicans.

"The idea that they would get on the opposite side of law enforcement agencies from where they have traditionally been is only going to make them look radical and foolish in

handling of classified documents at his personal residence.

ADVERTISEMENT

He made the comment on his social media platform Truth Social.

A Senate Republican aide later on Wednesday said that idea won't get any traction in the Senate, where Republicans control 49 seats.

"I understand the former president is frustrated, but that's not going to happen," the source said, knocking down the idea that Republican senators would support using the annual appropriations for the Justice Department and FBI as leverage.

ADVERTISEMENT

This is becoming a point of tension with House Republicans, who say they are ready to use their power of the purse to protect Trump.

"We control the power of the purse, and that's, we're gonna have to look at the appropriations process and limit funds going to some of these agencies, particularly the ones who are engaging in the most egregious behavior," Jordan told Fox News host Maria Bartiromo in an interview Sunday.

When Bartiromo asked if he meant the Justice Department and FBI, Jordan responded: "Yeah."

ADVERTISEMENT

McCarthy has already given Jordan a green light to scrutinize federal funding for Bragg and other prosecutors investigating Trump.

"I'm directing relevant committees to immediately investigate if federal funds are being used to subvert our democracy by interfering in elections with politically motivated prosecutions," he wrote in a March 18 tweet pinned to the top of his Twitter account.

Some Republican strategists say Trump may have an argument to make that the federal prosecutors are treating him unfairly but warn that putting pressure on allies in Congress to defund the Justice Department and FBI is going too far.

"Just because Democrats want to defund police, I don't think it's smart politically or as a policy to say, 'Well, we should defund the FBI,'" said Matt Dole, an Ohio-based Republican strategist.

"If we find that the FBI has acted wrongly, then they should be held to account and we should make sure that can't happen again. Does that mean defunding? I don't believe it does," he added.

Whit Ayres, a prominent Republican strategist, pointed out the Justice Department and FBI had nothing to do with Trump's arraignment on 34 felony counts in a New York City courthouse Tuesday.

ADVERTISEMENT

The former president suffered another legal setback Tuesday when the D.C. Circuit Court of Appeals ordered Trump's former chief of staff Mark Meadows and other senior Trump White House officials to cooperate with the Justice Department's Jan. 6 investigation.

The appellate court agreed with a district court decision rejecting Trump's claims of executive privilege.

ADVERTISEMENT

SPONSORED CONTENT
**Are your patients up-to-date on their COVID-19 vaccines? Order now.** 
BY MODERNA

"The Democrats have totally weaponized law enforcement in our country and are viciously using this abuse of power to interfere with our already under siege election!" Trump wrote on his social media platform Truth Social.

Republicans last year bombarded Democratic candidates in Senate battlegrounds such as Wisconsin, Pennsylvania and North Carolina with ads attacking them for being soft on crime and they regularly accuse Democrats of wanting to defund the police.

Trump's call to defund the nation's top federal law enforcement agencies now muddies that message.

"Donald Trump continues to show that everything he does, everything he says turns off

"I think it creates a real problem for Republicans and Republican candidates," he said. "We saw this in 2022. It breeds the kind of Republican candidates that run for office that win these primaries and can't win a general election.

"It puts Mitch McConnell, Kevin McCarthy and every swing seat in the U.S. Senate and U.S. House in a position where Trump is the story all day, every day, whatever he says. That's a bad thing for Republicans and a great thing for Democrats," he argued.

TAGS   DEPARTMENT OF JUSTICE   DONALD TRUMP   DONALD TRUMP   DONALD TRUMP INDICTMENT   FBI   JIM JORDAN   JIM JORDAN   KEVIN MCCARTHY   KEVIN MCCARTHY MITCH MCCONNELL   MITCH MCCONNELL

Copyright 2024 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

SHARE   POST   ...   MORE

## SPONSORED CONTENT

Privacy Policy

### New Laws Make Solar More Affordable Than Ever
Forbes | Sponsored

Learn More

### Shocking 2024 Dental Implant Price Revealed
Suggest-me | Sponsored

### Thinking of Going Solar? It Has Never Been More Affordable
Forbes | Sponsored

Learn More

### 5.5% High Interest Savings Accounts
StuffAnswered | Sponsored

Learn More

3/29/24, 3:10 PM
Case 2:23-cr-00599-MCS    Document 66-13   Filed 04/01/24   Page 9 of 17   Page ID #:1213
Trump's call to defund DOJ, FBI puts Senate, House GOP at odds | The Hill

### Here Is What Seniors Should Pay For Full Mouth Dental Implants In 2024
Seekify | Sponsored

### O's Favorite Duvet Covers
Consumer Reviewer | Sponsored

Learn More

### See Why Seniors Love The Newest SUVs (Check The Price)
GoSearches | Sponsored

## More Senate News



### Gore laments rise of 'artificial insanity' at Lieberman's funeral

3/29/24, 6:10 PM
Case 2:23-cr-00599-MCS    Document 66-13    Filed 04/31/24    Page 10 of 17    Page ID #:1214
Trump's call to defund DOJ, FBI puts Senate, House GOP at odds | The Hill



**Democrats face growing divide in Maryland Senate primary**

**CAMPAIGN** / 9 HOURS AGO



**Senators stand up for potatoes as a vegetable amid reports of USDA change**

**SENATE** / 21 HOURS AGO

See All

# Video/Hill.TV



## Rising: March 29, 2024

3/29/24, 6:10 PM
Case 2:23-cr-00599-MCS    Document 66-13    Filed 04/31/24    Page 11 of 17    Page ID #:1215
Trump's call to defund DOJ, FBI puts Senate, House GOP at odds | The Hill



### Rising: March 28, 2024

RISING / 1 DAY AGO



3/29/24, 8:10 PM
Trump's call to defund DOJ, FBI puts Senate, House GOP at odds | The Hill
Case 2:23-cr-00599-MCS   Document 66-13   Filed 04/01/24   Page 12 of 17   Page ID #:1216

See all Hill.TV

See all Video

Top Stories



**Biden takes press to task over coverage of his polls**

CAMPAIGN / 9 HOURS AGO

See All

3/29/24, 6:10 PM
Trump's call to defund DOJ, FBI puts Senate, House GOP at odds | The Hill
Case 2:23-cr-00599-MCS   Document 66-13   Filed 04/31/24   Page 13 of 17   Page ID #:1217

# Most Popular

1  Fears grow over Comstock Act, Justices Thomas, Alito

2  GOP Biden impeachment witness sues Fox News co-host Tarlov

3/29/24, 6:10 PM
Trump's call to defund DOJ, FBI puts Senate, House GOP at odds | The Hill
Case 2:23-cr-00599-MCS    Document 66-13   Filed 04/31/24   Page 14 of 17   Page ID #:1218

5    **Buck: Boebert makes Santos 'look like a saint'**

3/29/24, 6:10 PM
Case 2:23-cr-00599-MCS   Document 66-13   Filed 04/31/24   Page 15 of 17   Page ID #:1219
Trump's call to defund DOJ, FBI puts Senate, House GOP at odds | The Hill

**DON'T MISS A BRIEF.**
**SIGN UP FOR OUR DAILY EMAIL.**

Your Email

Send



## Resources

**THE HILL APPS**

**PEOPLE**

**RSS**

## Other Areas

**GALLERIES**

**THE HILL JOBS**

**NATIONAL JOBS**

## Contributors

**SUBMIT OPINION CONTENT**

**Follow Us On**

**Get the App**



SUBSCRIPTIONS

PRIVACY POLICY

TERMS & CONDITIONS

CONTACT

ADVERTISE

SUBSCRIBE TO PUSH NOTIFICATIONS

NEWSNATION

BESTREVIEWS

NEXSTAR DIGITAL

JOURNALISTIC INTEGRITY

DO NOT SELL OR SHARE MY PERSONAL INFORMATION

THE HILL 1625 K STREET, NW SUITE 900 WASHINGTON DC 20006 | 202-628-8500 TEL | 202-628-8503 FAX

© 1998 - 2024 NEXSTAR MEDIA INC. | ALL RIGHTS RESERVED.