# EXHIBIT Q

 

SUBSCRIBE

BLOOD LUST

# Trump Blasts Prosecutor He Appointed for Not Giving Hunter Biden 'Death Sentence'

The GOP's failure to produce evidence that the "Biden Crime Family" actually committed crimes isn't stopping the former president from calling for justice

BY RYAN BORT

JULY 11, 2023



*Donald Trump speaks at the Faith and Freedom Road to Majority conference at the Washington Hilton on June 24, 2023 in Washington, D.C.* **DREW ANGERER/GETTY IMAGES**

DONALD TRUMP IS once again mad online, this time because a federal prosecutor he appointed struck a plea deal with Hunter Biden that didn't involved the president's son being put to death.

"Weiss is a COWARD, a smaller version of Bill Barr, who never had the courage to do what everyone knows should have been done," the former president wrote of U.S. Attorney David Weiss. "He gave out a traffic ticket instead of a death sentence. Because of the two Democrat Senators in Delaware, they got to choose and/or approve him. Maybe the judge presiding will have the courage and intellect to break up this cesspool of crime. The collusion and corruption is beyond description. TWO TIERS OF JUSTICE!"

Biden pleaded guilty last month to two misdemeanor tax charges. Trump was furious at the time, writing that the "corrupt Biden DOJ just cleared up hundreds of years of criminal liability by giving Hunter Biden a mere 'traffic ticket.'" Republicans echoed his outrage railing that the "slap on the wrist," as House Oversight Committee Chairman James Comer put it, was part of a Democratic conspiracy to let Biden off the hook for more serious crimes.

ADVERTISEMENT

ADVERTISEMENT

Comer and his cronies have been desperately trying to dredge up evidence that the Biden and his son are guilty of said more serious crimes — to no avail. In fact, the "whistleblower" Republicans have been propping up as the lynchpin to their claims that the Bidens carried out an illegal bribery scheme has been brought up on charges related to trafficking weapons and aiding the Chinese government without registering as a foreign agent. Comer has described the informant as a "credible source."

Comer and other Republicans have responded to the indictment's release on Monday by pushing more conspiracies, specifically that the Justice Department is targeting the informant to protect the Bidens. "It's just amazing the Department of Justice moves so quickly against some people," Comer told Laura Ingraham on Fox News, adding that the "timing is always coincidental, according to the Democrats at the Department of Justice." Rep. Nancy Mace (R-S.C.) added on Tuesday that the Justice Department is "trying to silence our witness."

## TRENDING

**1** Obama to Protester Interrupting: 'Can't Just Talk and Not Listen'

**2** This Moment to Arise: The Revisionary Genius of Beyoncé's 'Blackbird'

**3** Gypsy Rose Blanchard Has Separated From Her Husband and Moved Back Home

**4** GOP Lawmaker Thinks He Exposed Busload of 'Illegals' ... It Was the Gonzaga Basketball Team

A lack of evidence for any of this hasn't kept Republicans in Congress from recklessly pushing for the president's impeachment, and it didn't keep Trump from calling for Hunter's execution on Tuesday. It's a truly terrifying suggestion given that the former president has already outlined a plan to weaponize the Justice Department to bring the Bidens to justice should he win in 2024. Justice for what, exactly? It doesn't matter. He'll think of something.

**IN THIS ARTICLE:** Hunter Biden, Joe Biden

POLITICS > POLITICS NEWS

**SPONSORED STORIES** — By Taboola

**Top Scientists: 'A cap a day keeps the signs of aging away'**
HEALTH HEADLINES — Try Now

**New Laws Make Solar More Affordable Than Ever**
FORBES — Learn More

**Search For The Best Electric 2024 Volvo XC90 Pricing**
QSEARCH

**Discreet Hearing Aids Now Available In District Of Columbia**
HEAR CLEAR

**District Of Columbia Residents Get Huge Home Insurance Reduction**
EXPERTSINSAVINGS.CO | HOME

Learn More

**Is it Time to Get Out of the Stock Market?**
FISHER INVESTMENTS

Learn More

# More News

BIDEN FUNDRAISER

# Obama to Protester Interrupting: 'Can't Just Talk and Not Listen'
BY CHARISMA MADARANG

OUT OF ORDER

# Trump Targets Judge's Daughter In Third Attack, This Time By Name
BY JEREMY CHILDS



ISN'T IT IRONIC?

# Georgia GOP Leader, a 2020 Election Denier, Illegally Voted Nine Times

BY JEREMY CHILDS

**'SOLD IRRESPONSIBLY'**

## RFK Jr.'s Running Mate Is a Fierce Critic of IVF

BY JEREMY CHILDS

MARCH MADNESS

# GOP Lawmaker Thinks He Exposed Busload of 'Illegals' ... It Was the Gonzaga Basketball Team

BY MILES KLEE

▼ READ MORE ▼

ADVERTISEMENT

# THE LATEST

**GOLDEN STATE VIBES**

### DJ Premier and Snoop Dogg Spread Some California Love on New Song 'Can U Dig That?'

2 HOURS AGO

**'A GENIUS OF MUSIC'**

### See Jerry Seinfeld Honor Billy Joel at 100th MSG Residency Show

3 HOURS AGO

**HAT TIP**

### Linda Martell on Beyoncé's 'Cowboy Carter': 'What She Is Doing Is Beautiful'

3 HOURS AGO

**ALBUM REVIEW**

### Sheryl Crow's New Album Is Retro Sheryl Crow, And We're Fine With That

ADVERTISEMENT

Ad removed.
Show details

THE DIGITAL DAILY NEWSLETTER

# A Cultural Force That Transcends Generations

ENTER YOUR EMAIL

BY PROVIDING YOUR INFORMATION, YOU AGREE TO OUR TERMS OF USE AND OUR PRIVACY POLICY. WE USE VENDORS THAT MAY ALSO PROCESS YOUR INFORMATION TO HELP PROVIDE OUR SERVICES.

ADVERTISEMENT

ADVERTISEMENT



# MOST POPULAR

**1** *VARIETY*
Anne Hathaway Lost Roles After Oscar Win Because of 'How Toxic My Identity Had Become Online,' Says Christopher Nolan Backed Her: 'I Had an Angel' in Him

**2** *The Hollywood Reporter*
Where to Stream 'Quiet on Set: Breaking the Silence' Episode 5 Online

**3** *sheknows*
Body Language Experts Believe This Is the Reason Kate Middleton Was Alone in Her Cancer Announcement Video

**4** *VIBE*
50 Cent Questions JAY-Z's Silence Following Diddy's Homes Being Raided

# YOU MIGHT ALSO LIKE

GET THE MAGAZINE

GET DIGITAL ACCESS

GIVE A GIFT

CUSTOMER SERVICE

ROLLING STONE

LEGAL



**OUR SITES**

Rolling Stone is a part of Penske Media Corporation. © 2024 Rolling Stone, LLC. All rights reserved.
Powered by WordPress.com VIP