# EXHIBIT V



**Press Release** | Published: Aug 11, 2023

# Comer: Justice Department Attempting a Biden Family Coverup



WASHINGTON—House Committee on Oversight and Accountability Chairman James Comer (R-Ky.) issued the following statement on Attorney General Merrick Garland designating U.S. Attorney for Delaware David Weiss as special counsel for the Biden criminal investigation:

"This move by Attorney General Garland is part of the Justice Department's efforts to attempt a Biden family coverup in light of the House Oversight Committee's mounting evidence of President Joe Biden's role in his family's schemes selling 'the brand' for millions of dollars to foreign nationals. The Justice Department's misconduct and politicization in the Biden criminal investigation already allowed the statute of limitations to run with respect to egregious felonies committed by Hunter Biden. Justice Department officials refused to follow evidence that could have led to Joe Biden, tipped off the Biden transition team and Hunter Biden's lawyers about planned interviews and searches, and attempted to sneakily place Hunter Biden on the path to a sweetheart plea deal.

"Let's be clear what today's move is really about. The Biden Justice Department is trying to stonewall congressional oversight as we have presented evidence to the American people about the Biden family's corruption. The House Oversight Committee will continue to follow the Biden family's money trail and interview witnesses to determine whether foreign actors targeted the Bidens, President Biden is compromised and corrupt, and our national security is threatened. We will also continue to work with the House Committees on Judiciary and Ways and Means to root out misconduct at the Justice Department and hold bad actors accountable for weaponizing law enforcement powers."

Read More:

[Biden Family Influence Peddling Timeline](#)

[Biden Family Investigation](#)



Comer: Justice Department Attempting a Biden Family Coverup - United States House Committee on Oversight and Accountability

Case 2:23-cr-00599-MCS   Document 66-24   Filed 04/01/24   Page 3 of 3   Page ID #:1324

**About**

Chairman James Comer

Full Committee

Rules

**Committee Activity**

Calendar

Hearings

Letters

Markups

Reports

Forums

Roundtables

**Subcommittees**

Cybersecurity, Information Technology, and Government Innovation

Economic Growth, Energy Policy, and Regulatory Affairs

Government Operations and the Federal Workforce

Health Care and Financial Services

National Security, the Border, and Foreign Affairs

Select Subcommittee on the Coronavirus Pandemic

**Media Center**

Press Releases

The Overview

Biden Family Investigation

The Bidens' Influence Peddling Timeline

Biden's Border Crisis

COVID Origins

**Blow the Whistle**

**Minority**

© 2024 Committee On Oversight and Accountability          Privacy Policy

2157 Rayburn House Office Building
Washington, DC 20515
Phone: (202) 225-5074 Fax: (202) 225-3974