# EXHIBIT DD



PRESS RELEASE

# Appointment of a Special Counsel

Friday, August 11, 2023

**For Immediate Release**

Office of Public Affairs

Attorney General Merrick B. Garland announced today the appointment of U.S. Attorney David Weiss to serve as Special Counsel for the ongoing investigation and prosecutions referenced and described in *United States v. Robert Hunter Biden*, as well as for any other matters that arose or may arise from that investigation. Mr. Weiss was nominated by the former president in 2017 and confirmed by the U.S. Senate in 2018. In 2021, he was asked to remain as U.S. Attorney for the District of Delaware, where he led this ongoing investigation. On Tuesday, Aug. 8, Mr. Weiss requested to be appointed as Special Counsel, and today the Attorney General made that appointment.

"On Tuesday of this week, Mr. Weiss advised me that in his judgment, his investigation has reached a stage at which he should continue his work as a Special Counsel, and he asked to be so appointed," said Attorney General Garland. "Upon considering his request, as well as the extraordinary circumstances relating to this matter, I have concluded it is in the public interest to appoint him as Special Counsel. This appointment confirms my commitment to provide Mr. Weiss all the resources he requests. It also reaffirms that Mr. Weiss has the authority he needs to conduct a thorough investigation and to continue to take the steps he deems appropriate independently, based only on the facts and the law."

The Attorney General also said, "As Special Counsel, he will continue to have the authority and responsibility that he has exercised previously to oversee the investigation and decide where, when, and whether to file charges. The Special Counsel will not be subject to the day-to-day supervision of any official of the Department, but he must comply with the regulations, procedures, and policies of the Department … Today's announcement affords the prosecutors,

agents, and analysts working on this matter the ability to proceed with their work expeditiously, and to make decisions indisputably guided only by the facts and the law … I am confident that Mr. Weiss will carry out his responsibility in an even-handed and urgent matter, and in accordance with the highest traditions of this Department."

[Appointment Order of David Weiss](#)

Updated August 11, 2023

**Component**

[Office of the Attorney General](#)

Press Release Number: 23-872

# Related Content

**PRESS RELEASE**

### Samuel Bankman-Fried Sentenced to 25 Years for His Orchestration of Multiple Fraudulent Schemes

Samuel Bankman-Fried, also known as SBF, 32, of Stanford, California, was sentenced today to 25 years in prison, three years of supervised release, and ordered to pay $11 billion in…

March 28, 2024

**PRESS RELEASE**

### Justice Department Announces Opening of Nominations for the Seventh Annual Attorney General's Award for Distinguished Service in

Community Policing

Attorney General Merrick B. Garland today announced the Justice Department is now accepting nominations for the Seventh Annual Attorney General's Award for Distinguished Service in Community Policing. These awards represent...

March 25, 2024

**PRESS RELEASE**

## Attorney General Merrick B. Garland Statement on Sentencings of Former Mississippi Law Enforcement Officers Who Tortured and Abused Two Black Men

Two former Mississippi law enforcement officers were sentenced today for the torture and abuse of two Black men in Rankin County, Mississippi. Hunter Elward, 31, a former Rankin County Sheriff's...

March 19, 2024

### Office of Public Affairs

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington DC 20530

### Office of Public Affairs Direct Line

202-514-2007

### Department of Justice Main Switchboard

202-514-2000