# EXHIBIT HH




IRS Whistleblowers, click here to contact the Ways & Means Committee about waste, fraud, and abuse.

# Chairman Smith Opening Statement – Executive Session with IRS Whistleblowers

DECEMBER 5, 2023 — BLOG — OPENING STATEMENTS — OVERSIGHT — PRESS RELEASES

*'If it were not for these two whistleblowers, we would still be in the dark about the Biden family's international business dealings that today's evidence seems to show happened with Joe Biden's knowledge and participation."*

*As prepared for delivery.*

"Good morning and welcome to our hearing with Gary Shapley and Joseph Ziegler, the IRS whistleblowers who have exposed the truth about the two-tiered justice system in America.

"In a markup immediately following this hearing, we will examine 56 new pages of evidence Mr. Ziegler has provided to the Committee. These documents provide further proof that President Biden was not truthful when he told the American people he knew nothing about his son's business dealings, which involved selling the Biden brand around the world. In fact, this new evidence shows Joe Biden exchanged more than 50 e-mails one-on-one with his son's business partner, Eric Schwerin, while Vice President. That activity increased around the times Vice President Biden traveled to Ukraine.

"Since these whistleblowers came forward in June, many of our members – Republican and Democrat – have requested to speak with them directly about the evidence they have presented. Others have taken the opportunity to question their motives and credibility. I have designated this hearing under 6103 authority so members from both sides have an opportunity to ask any question of these witnesses, who have agreed to appear voluntarily, and set the record straight.

"Both witnesses are public servants who stood up for the truth and put their careers on the line when it would have been easier to be quiet and say nothing.

"Through months of testifying for hours and producing hundreds of pages of documentation, and just as many months of baseless attacks against them, their story has remained the same and their credibility intact. The same cannot be said for President Biden.

"So far, our witnesses have produced over eleven-hundred pages of evidence, sat for 14 hours of closed-door testimony with counsel from the majority and minority on this committee, testified publicly before the Oversight Committee, and today, have provided us with new evidence.

"If it were not for these two whistleblowers, we would still be in the dark about the Biden family's international business dealings that today's evidence seems to show happened with Joe Biden's knowledge and participation.

"Vice President Biden appears to have treated Air Force 2 like a corporate jet, traveling to Ukraine and Mexico, to advance Hunter Biden's business interests. Evidence from today's documents show right around the time of international trips like those to Ukraine, Joe Biden was emailing his son and his son's business partner from private email accounts using aliases while Vice President.

"The Biden family got checks from Ukraine, China, Romania, to name a few. But, it wasn't just checks. Hunter Biden got a Porsche and an $80,000 diamond. These were not payments for legitimate business and legal services, but selling access to his family's only asset, Joe Biden, as Hunter Biden revealed in a message to a business partner.

"Despite these facts uncovered by the investigation into Hunter Biden's apparent tax crimes, the Department of Justice impeded that investigation – particularly when evidence began to lead investigators to Joe Biden.

"The list is long: tipping off Hunter Biden's lawyers the day before a potential search of his storage unit. Delaying the investigation to run out the statute of limitations on the tax years concerning Burisma while Joe Biden was still Vice President. Denying David Weiss, the attorney in charge of the investigation, special counsel status and the ability to bring charges. Shutting down routine investigative steps simply because it would have involved Joe Biden's relatives or his Delaware home. Refusing to investigate potential Joe Biden criminal campaign finance violations.

"That's not to mention the sweetheart plea deal that appears to have been more motivated by electoral politics than by the equal application of justice.

"These are all facts supported by evidence and testimony from these whistleblowers who spent years working on this investigation. These whistleblowers are also the only federal investigators who have produced contemporaneous notes to support these claims.

"The evidence they have produced clearly shows Joe Biden was not just aware of his son's business dealings but was actually involved. It also shows that the Department of Justice worked hard to make sure that the extent of that involvement never saw the light of day. Thanks to these two whistleblowers, Congress and the American people have now learned the truth.

"Gentlemen, thank you for both coming voluntarily and taking the time to shed more light on the documents you've provided."

## Related News

### Chairman Smith: Families Need Tax Relief To Fight Bidenflation and High Prices

MARCH 29, 2024

### ICYMI: Bipartisan Tax Bill Cements President Trump's Legacy

MARCH 25, 2024  —  BLOG

### Key Moments from Ways and Means Hearing with Social Security Commissioner Martin O'Malley

MARCH 25, 2024  —  BLOG

### Seven Key Moments from Ways and Means Hearing with Health and Human Services Secretary Xavier Becerra

MARCH 23, 2024  —  BLOG

Subscribe

1139 Longworth HOB

Washington D.C. 20515

P: (202) 225-3625

F: (202) 225-2610

**INTERNSHIP**

**MINORITY**

**PRIVACY POLICY**