# EXHIBIT OO



```
                This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                            Request Date:         04-24-2022
                                           Response Date:         04-24-2022
                                         Tracking Number:        101965302380

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2016


TAXPAYER IDENTIFICATION NUMBER:
SPOUSE TAXPAYER IDENTIFICATION NUMBER:

ROBE H BIDE

<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>

                 --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                             -45.10
ACCRUED INTEREST:                                              0.00   AS OF: Nov. 29, 2021
ACCRUED PENALTY:                                               0.00   AS OF: Nov. 29, 2021


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                               -45.10


                  ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                                      01
FILING STATUS:                              Married Filing Separate
ADJUSTED GROSS INCOME:                                 1,562,695.00
TAXABLE INCOME:                                        1,276,499.00
TAX PER RETURN:                                          492,895.00
SE TAXABLE INCOME TAXPAYER:                                    0.00
SE TAXABLE INCOME SPOUSE:                                      0.00
TOTAL SELF EMPLOYMENT TAX:                                   614.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)            Jun. 12, 2020
PROCESSING DATE                                                         Aug. 02, 2021
```

| | TRANSACTIONS | | | |

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20212805 | 08-02-2021 | $492,895.00 |
| n/a | 89221-059-14046-1 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2017 | -$409,887.00 |
| 430 | Estimated tax payment | | 04-21-2016 | -$30,000.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2017 | | 04-15-2017 | $0.00 |
| 140 | Inquiry for non-filing of tax return | | 07-18-2018 | $0.00 |
| 971 | Notice issued<br>CP 0059 | | 08-06-2018 | $0.00 |
| 960 | Appointed representative | | 01-28-2020 | $0.00 |
| 599 | Tax return secured | | 09-02-2020 | $0.00 |
| 592 | Tax return not filed | | 07-12-2021 | $0.00 |
| 766 | Credit to your account | | 04-15-2017 | -$7,347.00 |
| 166 | Penalty for filing tax return after the due date 08-02-2031 | 20212805 | 08-02-2021 | $10,273.72 |
| 276 | Penalty for late payment of tax | 20212805 | 08-02-2021 | $11,415.25 |
| 196 | Interest charged for late payment | 20212805 | 08-02-2021 | $11,357.25 |
| 971 | Notice issued<br>CP 0014 | | 08-02-2021 | $0.00 |
| 470 | Claim pending | | 07-08-2021 | $0.00 |
| 570 | Additional account action pending | | 11-05-2021 | $0.00 |
| 640 | Advance payment of tax owed | | 10-18-2021 | -$79,252.00 |
| 196 | Interest charged for late payment | 20214504 | 11-29-2021 | $499.68 |
| 472 | Resolved claim | | 11-29-2021 | $0.00 |

| This Product Contains Sensitive Taxpayer Data |



```
                    This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                                   Request Date:            04-24-2022
                                                  Response Date:            04-24-2022
                                                Tracking Number:           101965302380

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2017


TAXPAYER IDENTIFICATION NUMBER:       ███████

ROBE H BIDE
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
                --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                         -531.19
ACCRUED INTEREST:                                           0.00      AS OF: Nov. 29, 2021
ACCRUED PENALTY:                                            0.00      AS OF: Nov. 29, 2021


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                           -531.19


                    ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                                  01
FILING STATUS:                                           Single
ADJUSTED GROSS INCOME:                              1,995,739.00
TAXABLE INCOME:                                     1,956,003.00
TAX PER RETURN:                                       710,598.00
SE TAXABLE INCOME TAXPAYER:                                 0.00
SE TAXABLE INCOME SPOUSE:                                   0.00
TOTAL SELF EMPLOYMENT TAX:                             37,648.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)            Feb. 18, 2020
PROCESSING DATE                                                         Dec. 14, 2020
```

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20204804 | 12-14-2020 | $710,598.00 |
| n/a | 09221-235-30003-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2018 | -$125,909.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2018 | | 04-15-2018 | $0.00 |
| 960 | Appointed representative | | 01-14-2020 | $0.00 |
| 599 | Tax return secured | | 03-06-2020 | $0.00 |
| 766 | Credit to your account | | 04-15-2018 | -$2,976.00 |
| 166 | Penalty for filing tax return after the due date 12-14-2030 | 20204804 | 12-14-2020 | $130,885.42 |
| 276 | Penalty for late payment of tax | 20204804 | 12-14-2020 | $93,074.08 |
| 196 | Interest charged for late payment | 20204804 | 12-14-2020 | $94,527.08 |
| 971 | Notice issued CP 0014 | | 12-14-2020 | $0.00 |
| 470 | Claim pending | | 11-18-2020 | $0.00 |
| 472 | Resolved claim | | 06-07-2021 | $0.00 |
| 472 | Resolved claim | | 06-07-2021 | $0.00 |
| 570 | Additional account action pending | | 11-05-2021 | $0.00 |
| 640 | Advance payment of tax owed | | 10-18-2021 | -$955,800.00 |
| 276 | Penalty for late payment of tax | 20214504 | 11-29-2021 | $31,994.21 |
| 196 | Interest charged for late payment | 20214504 | 11-29-2021 | $23,075.02 |

This Product Contains Sensitive Taxpayer Data



```
┌─────────────────────────────────────────────────────────────────────────┐
│                 This Product Contains Sensitive Taxpayer Data           │
└─────────────────────────────────────────────────────────────────────────┘
```

# Account Transcript

```
                                              Request Date:      04-24-2022
                                              Response Date:     04-24-2022
                                              Tracking Number:   101965302380

FORM NUMBER:        1040
TAX PERIOD:         Dec. 31, 2019


TAXPAYER IDENTIFICATION NUMBER:           ███████████
SPOUSE  TAXPAYER IDENTIFICATION NUMBER:   ███████████

ROBE H BIDE
% HOWA KITT AN COMP CPA
10417


<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
              --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                       -124.60
ACCRUED INTEREST:                                         0.00   AS OF: Nov. 29, 2021
ACCRUED PENALTY:                                          0.00   AS OF: Nov. 29, 2021


ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                         -124.60


                   ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                                 01
FILING STATUS:                              Married Filing Separate
ADJUSTED GROSS INCOME:                              855,777.00
TAXABLE INCOME:                                     843,577.00
TAX PER RETURN:                                     197,372.00
SE TAXABLE INCOME TAXPAYER:                          66,313.00
SE TAXABLE INCOME SPOUSE:                                 0.00
TOTAL SELF EMPLOYMENT TAX:                           10,146.00
```

| | | |
|---|---|---|
| RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER) | | Oct. 15, 2020 |
| PROCESSING DATE | | Jan. 04, 2021 |

## TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20205105 | 01-04-2021 | $197,372.00 |
| n/a | 80221-690-02606-0 | | | |
| 960 | Appointed representative | | 01-28-2020 | $0.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2020 | | 06-23-2020 | $0.00 |
| 176 | Penalty for not pre-paying tax 01-04-2031 | 20205105 | 01-04-2021 | $6,035.21 |
| 276 | Penalty for late payment of tax | 20205105 | 01-04-2021 | $5,921.16 |
| 196 | Interest charged for late payment | 20205105 | 01-04-2021 | $2,826.40 |
| 971 | Notice issued CP 0014 | | 01-04-2021 | $0.00 |
| 470 | Claim pending | | 12-11-2020 | $0.00 |
| 472 | Resolved claim | | 06-28-2021 | $0.00 |
| 570 | Additional account action pending | | 11-05-2021 | $0.00 |
| 640 | Advance payment of tax owed | | 10-18-2021 | -$227,204.00 |
| 276 | Penalty for late payment of tax | 20214504 | 11-29-2021 | $9,868.60 |
| 196 | Interest charged for late payment | 20214504 | 11-29-2021 | $5,056.03 |

This Product Contains Sensitive Taxpayer Data



```
                This Product Contains Sensitive Taxpayer Data
```

# Account Transcript

```
                                              Request Date:      04-24-2022
                                             Response Date:      04-24-2022
                                           Tracking Number:     101965302380

FORM NUMBER:      1040
TAX PERIOD:       Dec. 31, 2018


TAXPAYER IDENTIFICATION NUMBER:     ████████

ROBE H BIDE
<<<<POWER OF ATTORNEY/TAX INFORMATION AUTHORIZATION (POA/TIA) ON FILE>>>>
                --- ANY MINUS SIGN SHOWN BELOW SIGNIFIES A CREDIT AMOUNT ---

ACCOUNT BALANCE:                                          -530.14
ACCRUED INTEREST:                                            0.00     AS OF: Nov. 29, 2021
ACCRUED PENALTY:                                             0.00     AS OF: Nov. 29, 2021



ACCOUNT BALANCE PLUS ACCRUALS
(this is not a payoff amount):                            -530.14


            ** INFORMATION FROM THE RETURN OR AS ADJUSTED **


EXEMPTIONS:                                                    01
FILING STATUS:                                             Single
ADJUSTED GROSS INCOME:                                1,711,914.00
TAXABLE INCOME:                                       1,688,495.00
TAX PER RETURN:                                         659,366.00
SE TAXABLE INCOME TAXPAYER:                                   0.00
SE TAXABLE INCOME SPOUSE:                                     0.00
TOTAL SELF EMPLOYMENT TAX:                               54,032.00

RETURN DUE DATE OR RETURN RECEIVED DATE (WHICHEVER IS LATER)        Feb. 18, 2020
PROCESSING DATE                                                     Dec. 14, 2020
```

TRANSACTIONS

| CODE | EXPLANATION OF TRANSACTION | CYCLE | DATE | AMOUNT |
|---|---|---|---|---|
| 150 | Tax return filed | 20204804 | 12-14-2020 | $659,366.00 |
| n/a | 09221-207-25246-0 | | | |
| 806 | W-2 or 1099 withholding | | 04-15-2019 | -$38,465.00 |
| 460 | Extension of time to file tax return ext. Date 10-15-2019 | | 04-15-2019 | $0.00 |
| 960 | Appointed representative | | 01-14-2020 | $0.00 |
| 599 | Tax return secured | | 03-06-2020 | $0.00 |
| 176 | Penalty for not pre-paying tax 12-14-2030 | 20204804 | 12-14-2020 | $19,993.93 |
| 166 | Penalty for filing tax return after the due date 12-14-2030 | 20204804 | 12-14-2020 | $139,702.72 |
| 276 | Penalty for late payment of tax | 20204804 | 12-14-2020 | $62,090.10 |
| 196 | Interest charged for late payment | 20204804 | 12-14-2020 | $56,222.59 |
| 971 | Notice issued CP 0014 | | 12-14-2020 | $0.00 |
| 470 | Claim pending | | 11-18-2020 | $0.00 |
| 472 | Resolved claim | | 06-21-2021 | $0.00 |
| 570 | Additional account action pending | | 11-05-2021 | $0.00 |
| 640 | Advance payment of tax owed | | 10-18-2021 | -$956,632.00 |
| 276 | Penalty for late payment of tax | 20214504 | 11-29-2021 | $34,149.55 |
| 196 | Interest charged for late payment | 20214504 | 11-29-2021 | $23,041.97 |

This Product Contains Sensitive Taxpayer Data