DAVID C. WEISS, Special Counsel
LEO J. WISE, Principal Senior Assistant Special Counsel
DEREK E. HINES, Senior Assistant Special Counsel
950 Pennsylvania Avenue NW, Room B-200
Washington, D.C. 20530

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| PLAINTIFF(S) | CR 23-cr-00599-MCS |
| v. | |
| ROBERT HUNTER BIDEN | NOTICE OF MANUAL FILING OR LODGING |
| DEFENDANT(S). | |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

Government's Witness List

**Reason:**

☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☐ Other:

May 15, 2024
Date

David C. Weiss
Attorney Name

UNITED STATES OF AMERICA
Party Represented

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (05/15)            NOTICE OF MANUAL FILING OR LODGING