# Exhibit 1

| | |
|---|---|
| **From:** | Lowell, Abbe <ADLowell@winston.com> |
| **Sent:** | Wednesday, April 10, 2024 6:26 PM |
| **To:** | Wise, Leo (USAMD) |
| **Cc:** | Man, Christopher; bdalton@bdaltonlaw.com; Kolansky, David A.; DEH (JWPT) |
| **Subject:** | [EXTERNAL] RE: Schedule |
| **Attachments:** | 20240410_Joint Mot. re Proposed Pretrial Schedule.docx; 20240410_DE Schedule - Proposed Order.docx |

Leo and Derek,

Here are your drafts back with one suggested change, and we appreciate the edits you agreed to make. As to the Order, we misunderstood on the exhibit/witness issue and thought the parties would not be exchanging with each other as well as filing with the Court. Let me know if this is OK and we can then agree to file in the morning.

Abbe


**Abbe David Lowell**

Partner
**Co-Chair, Government Investigations,
Enforcement, and Compliance**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard | Email | winston.com



---

**From:** Wise, Leo (USAMD) <Leo.Wise@usdoj.gov>
**Sent:** Wednesday, April 10, 2024 3:33 PM
**To:** Lowell, Abbe <ADLowell@winston.com>
**Cc:** Man, Christopher <CMan@winston.com>; bdalton@bdaltonlaw.com; Kolansky, David A. <DKolansky@winston.com>; DEH (JWPT) <DEH@usdoj.gov>
**Subject:** RE: Schedule

Abbe,

We've accepted the changes that we can agree to and that we understand.  On the motion, I think we can agree on informing the court that the pretrial conference in LA has moved so we would propose just saying that.  On the order, we don't agree to strike out that the parties will provide their exhibits, exhibit lists and witness lists to the court.  The court needs the latter, for example, to conduct voir dire.  We also don't agree to changing the language on when the trial is supposed to start but since the Court has already set that date for trial, we'd propose just deleting that sentence.

If these are acceptable, let us know and we'll file.

Leo

---

**From:** Lowell, Abbe <ADLowell@winston.com>
**Sent:** Wednesday, April 10, 2024 11:56 AM
**To:** DEH (JWPT) <DEH@usdoj.gov>; Wise, Leo (USAMD) <lwise@usa.doj.gov>
**Cc:** Man, Christopher <CMan@winston.com>; bdalton@bdaltonlaw.com; Kolansky, David A. <DKolansky@winston.com>
**Subject:** [EXTERNAL] Schedule

Derek and Leo,

We went back to your draft and also to our proposal and added the few things we would want to include in a joint filing.  It does not bind you to anything but makes our view clear.

Abbe


**Abbe David Lowell**

**Partner**
**Co-Chair, Government Investigations, Enforcement, and Compliance**

Winston & Strawn LLP
1901 L Street, N.W.
Washington, DC 20036

D: +1 202-282-5875

F: +1 202-282-5100

200 Park Avenue
New York, NY 10166-4193

D: +1 212-294-3305

F: +1 212-294-4700

VCard | Email | winston.com



---

The contents of this message may be privileged and confidential. If this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under applicable tax laws and regulations.