1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11

UNITED STATES OF AMERICA,

No. CR 23-cr-00599-MCS

12

Plaintiff,

**[PROPOSED] ORDER RE JOINT STIPULATION TO RESCHEDULE PRETRIAL CONFERENCE FROM AUGUST 14, 2024 TO AUGUST 21, 2024**

13

v.

14

15

ROBERT HUNTER BIDEN,

16

Defendant.

17

18       The Court having considered the joint stipulation submitted herewith, hereby

19   enters the following Order:

20       IT IS HEREBY ORDERED that the pretrial conference be rescheduled to August

21   21, 2024

22       IT IS SO ORDERED.

23   _____        _____

24   DATE                                    THE HONORALBE MARK. C. SCARSI
                                             UNITED STATES DISTRICT JUDGE
25

26

27

28