1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

11

UNITED STATES OF AMERICA,

12

Plaintiff,

13

v.

14

ROBERT HUNTER BIDEN,

15
16

Defendant.

No. CR 23-cr-00599-MCS

**[PROPOSED] ORDER RE JOINT STIPULATION TO NOT SIT FOR TRIAL ON FRIDAY, SEPTEMBER 13, 2024 AND TO SIT FOR TRIAL ON MONDAY, SEPTEMBER 9, 2024.**

17
18
19
20
21
22
23
24
25
26
27
28

The Court having considered the joint stipulation submitted herewith, hereby enters the following Order:

IT IS HEREBY ORDERED that the Court will sit for trial on Monday September 9, 2024 and will not sit for trial on September 13, 2024.

IT IS SO ORDERED.

_____    _____

DATE                                    THE HONORALBE MARK. C. SCARSI
                                        UNITED STATES DISTRICT JUDGE