# Exhibit 1

*<u>PROPOSED FOR FILING UNDER SEAL</u>*