# Exhibit 2

| | |
|---|---|
| **From:** | Wise, Leo (USAMD) |
| **To:** | Machala, Angela M.; Lowell, Abbe |
| **Cc:** | Man, Christopher; Kolansky, David A.; DEH (JWPT) |
| **Subject:** | RE: U.S. v. Robert Hunter Biden |
| **Date:** | Monday, May 20, 2024 4:32:38 PM |

Angela,

Our positions are in red below.

Leo

**From:** Machala, Angela M. <AMachala@winston.com>
**Sent:** Friday, May 17, 2024 6:54 PM
**To:** Lowell, Abbe <ADLowell@winston.com>; Wise, Leo (USAMD) <lwise@usa.doj.gov>
**Cc:** Man, Christopher <CMan@winston.com>; Kolansky, David A. <DKolansky@winston.com>; DEH (JWPT) <DEH@usdoj.gov>
**Subject:** [EXTERNAL] RE: U.S. v. Robert Hunter Biden

Leo, Derek,

Below is a list of our proposed motions *in limine* to be filed in California. Please advise what the government's position is.

1. Exclude Mr. Biden's statement at 7/26/23 hearing. We do not intend to introduce his statements from the July 26, 2023 hearing outside the bounds of Fed. R. Crim. Pro. 11(f) and F.R.E. 410.
2. Exclude evidence/testimony about gun charges in Delaware. We do not intend to introduce evidence/testimony about the gun charges in Delaware but reserve the right to cross-examine him on his lack of truthfulness on the Form 4473 if he takes the stand.
3. Exclude evidence/testimony about Navy discharge issues. We do not intend to introduce evidence of his discharge in our case-in-chief but reserve the right to cross-examine him on it if he takes the stand.
4. Exclude mention of Arkansas issues/Lunden Roberts paternity suit. Object
5. Exclude communications with Mr. Biden's father, mother, and daughters. Object
6. Exclude testimony or evidence about Mr. Biden's "extravagant" lifestyle or salacious details about spending money on prostitutes, escorts, adult entertainment, membership at a sex club, pornography, strip clubs, etc. Object
    a. We will stipulate that he was spending money on other things/"personal expenses."
7. Exclude evidence/testimony about a theory that Mr. Biden was trying to funnel money to Joe Biden (or anything else related to Joe Biden and alleged corruption). We do not intend to introduce evidence/argue that the defendant was trying to funnel money to Joe Biden.
8. Exclude testimony, evidence, suggestion that Mr. Biden was acting on behalf of a foreign principal to influence US policy or public opinion, including any references to FARA or alleged coordination with the Obama/Biden administration. Object.
9. Exclude testimony or evidence relating to tax years not charged, including income, filings,

      payment, or amendments.  Object.

Thank you,
Angela

**Angela M. Machala**
**Partner**
Winston & Strawn LLP

T: +1 213-615-1700

D: +1 213-615-1997

F: +1 213-615-1750

[winston.com](winston.com)

