Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone:   (213) 625-3900
Facsimile:   (213) 232-3255

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone:   (213) 615-1700
Facsimile:   (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036-3508
Telephone:   (202) 282-5000
Facsimile:   (202) 282-5100

*Attorneys for Robert Hunter Biden*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES<br><br>                    Plaintiff,<br><br>     vs.<br><br>ROBERT HUNTER BIDEN,<br><br>                    Defendant. | **Case No. 2:23-cr-00599-MCS**<br><br>*Hon. Mark C. Scarsi*<br><br>**MR. BIDEN'S RESPONSE TO THE SPECIAL COUNSEL'S FIFTH MOTION *IN LIMINE* TO EXCLUDE REFERENCES TO POTENTIAL PUNISHMENT, PLEA NEGOTIATIONS, THE DIVERSION AGREEMENT, OR THE JULY 26TH HEARING**<br><br>Hearing Date:   August 21, 2024<br>Hearing Time:   10:00 a.m.<br>Courtroom:   7C |

Defendant Robert Hunter Biden, by and through his counsel of record, does not oppose the Special Counsel's Fifth Motion *in Limine* to exclude reference to potential punishment, plea negotiations, the Diversion Agreement, or the July 26th hearing in Delaware (D.E. 148), but reserves the right to probe such matters only if the government opens the door to such questioning or should Mr. Biden testify in this case. On May 15, 2024, when asked for their position on this proposed motion, Mr. Biden's counsel indicated he does not oppose, unless the Special Counsel opens the door through a line of questioning or Mr. Biden testifies.

Dated: August 7, 2024                    Respectfully submitted,

                                                      By:     /s/ *Mark J. Geragos*
                                                              Mark J. Geragos
                                                               Tina Glandian
                                                               Setara Qassim

                                                               Angela M. Machala
                                                               Abbe David Lowell
                                                               Christopher D. Man

                                                               *Attorneys for Robert Hunter Biden*

## MEMORANDUM OF POINTS AND AUTHORITIES

The Special Counsel seeks to exclude argument and questioning of any witness related to potential punishment, plea negotiations, the Diversion Agreement, and the July 26, 2023 hearing in Delaware. (D.E. 148 at 1.) As Mr. Biden's counsel indicated to the Special Counsel on May 15, 2024, the defense agrees with this Motion, unless the government opens the door to these issues through a line of questioning with a witness or if Mr. Biden testifies. Mr. Biden's counsel reserves the ability to revisit this issue should Mr. Biden testify in this case and the Special Counsel asks him questions about statements he made during the Delaware proceedings on July 26, 2023.[1]

For the foregoing reasons, Mr. Biden does not oppose the Special Counsel's Fifth Motion *in Limine*, but respectfully reserves the right to probe such matters only if the government opens the door to such questioning or should Mr. Biden testify in this case.

Date: August 7, 2024                           Respectfully submitted,

By:   /s/ *Mark J. Geragos*
Mark J. Geragos (SBN 108325)
Tina Glandian (SBN 251614)
Setara Qassim (SBN 283552)
GERAGOS & GERAGOS APC
644 South Figueroa Street
Los Angeles, CA 90017-3411
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

---

[1] Defense counsel asked, for example, if the Special Counsel intended to seek the admission of any of Mr. Biden's statements from the July 26, 2023 Delaware hearing. While indicating that it would not seek the admission of such statements, and that such statements would be impermissible under Fed. R. Crim. P. 11(f) and Fed. R. Evid. 410, Special Counsel stated that such statements might be raised if Mr. Biden testifies in this case.

Angela M. Machala (SBN: 224496)
AMachala@winston.com
WINSTON & STRAWN LLP
333 S. Grand Avenue, 38th Fl.
Los Angeles, CA 90071-1543
Telephone: (213) 615-1700
Facsimile:  (213) 615-1750

Abbe David Lowell (*admitted pro hac vice*)
AbbeLowellPublicOutreach@winston.com
Christopher D. Man
CMan@winston.com
WINSTON & STRAWN LLP
1901 L Street NW
Washington, DC 20036
Telephone: (202) 282-5000
Facsimile:  (202) 282-5100

*Attorneys for Robert Hunter Biden*