**Video Deposition 08/20/2018**
JoAnna Collins, et al. v. University of Maryland Medical System Corporation, et al.
08/20/2018 Video Deposition Expenses 2 hours (120min)
Attorney: Dena M. Terra, Esquire

Chason, Rosner, Leary & Marshall, LLC
401 Washington Avenue, Suite 1100
Towson, Maryland 21204
Direct: 410.494.3703
Fax: 410.583.7001 WWW.CRLMLAW.COM

As an expert for the defendant (UMMS), this deposition covered the case of a deceased female who had recently started methadone maintenance treatment in Baltimore MD with UMMS.

**Video Deposition 05/29/2024, 07/10/2024**
David Krag, MD As Executor of the Estate of Peter Krag v. University of Vermont Medical Center, Inc.

Attorney: Nicole Andreson, Esq
Dinse
209 Battery Street | Burlington, VT 05401
P: 802-859-7049    C: 802-279-4568]
nanderson@dinse.com / dinse.com

As an expert for the defendant (UVMC), this deposition will detail the UVMC medical care and May-2020 accidental overdose death of Peter Crag.

**Other Expert Witness Cases**

Pennsylvania: 26.29795 Fierle v. Robert A. Woolhandler, M.D.

2020-2023, Medical Malpractice defense; patient died during an at home alcohol detoxification protocol prescribed by Dr. Woolhandler.

Pennsylvania: Claim #: CLA666637 and CLA0666712 MBO #: 50.30659; Robin Zollinger, individually; Robin Zollinger, Administratrix of the Estate of Jason Zollinger, Deceased v. R.H.J. Medical Center, Inc.; Matthew Coppola, III, M.D.; Benjamin Jagiello, M.D.; Paul Roemer, M.D.; and Adam Ulrich

2021-2022, Civil wrongful death; expert for the defense; the victim Jason Zolliner was struck while bicycling by the car of Adam Ulrich, who was a patient treated by the defendants.