DAVID C. WEISS
Special Counsel
LEO J. WISE
Principal Senior Assistant Special Counsel
DEREK E. HINES
Senior Assistant Special Counsel
    950 Pennsylvania Avenue NW, Room B-200
    Washington, D.C. 20530
    Telephone:   (771) 217-6091
    E-mail:      LJW@USDOJ.GOV, DEH@USDOJ.GOV

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ROBERT HUNTER BIDEN,<br><br>    Defendant. | No. CR 23-cr-00599-MCS<br><br>**GLOSSARY OF TERMS** |

    Per the standing order, the parties have met and conferred to file this glossary of terms for the court reporter that includes applicable medical, scientific, or technical terms, gang terms, slang, the names and spellings of names likely to be cited, and any other case-specific terminology. The following terms are ones that the parties have agreed upon. Defense counsel proposed additional names that the Government believes would violate the Court's ruling on the motions in limine. Those names have not been included.

| | | |
|---|---|---|
| 1 | Dated: August 29, 2024 | Respectfully submitted, |
| 2 | | |
| 3 | | DAVID C. WEISS<br>SPECIAL COUNSEL |
| 4 | | |
| 5 | | /s/_____<br>Leo J. Wise |
| 6 | | Principal Senior Assistant Special Counsel |
| 7 | | Derek E. Hines |
| 8 | | Senior Assistant Special Counsel |
| 9 | | Attorneys for Plaintiff |
| 10 | | UNITED STATES OF AMERICA |

## Glossary of Terms

| |
|---|
| 1 Hotel Park |
| 1 Hotel West Hollywood |
| 529 Plan |
| 6 Columbus |
| Abbe Lowell |
| ADP |
| Aevitas Creative Management |
| AirBnB |
| Alaska Airlines |
| Andrew Jubera |
| Angela Machala |
| Annapolis, MD |
| Aqaba International LLC |
| Arkansas |
| Atlantic City, NJ |
| Barry Kane |
| Beau Biden |
| Beautiful Things |
| Bill Morgan |
| Bladon Enterprises Limited |
| Blue Star Strategies, LLC |
| Boies Schiller Flexner LLP |
| Borgata Hotel |
| Burisma Holdings Limited |
| Burnham Financial Group |
| California Franchise Tax Board |
| Cathay Bank |
| Catherine Dodge |
| CEFC China Energy Co Ltd. |
| Chateau Marmont |
| Clint Lancaster |
| Coldharbour Capital LLC. |
| Columbia University |

1

| |
|---|
| Crutch Card |
| Damon Lawner |
| David Bloom |
| David Kolansky |
| DC Office of Tax and Revenue |
| Derek Hines |
| Devon Archer |
| Devon Archer |
| District Hotel |
| Dom Pérignon |
| Edward White |
| Edward White & Company |
| Elizabeth Secundy |
| Emerald Fantasy Girls |
| Eric Schwerin |
| Erika Jensen |
| Erin Straughter |
| Eudora Global |
| European Energy and Infrastructure Group |
| Expedia |
| FBI Special Agent Joshua Wilson |
| Finnegan Biden |
| First Republic Bank |
| Form 1040 |
| Form 1120 |
| Gabriel Popoviciu |
| General Ledger |
| George Mesires |
| Gongwen Dong |
| Greg Michaels |
| Gulnora Djamalitdinova |
| Hallie Biden |
| Hollywood Roosevelt |
| House of Sweden |

| |
|---|
| Hudson West III |
| Hudson West V |
| Hunter Biden |
| Internal Revenue Service |
| James Biden |
| James Gilliar |
| Jeff Cooper |
| Jeffrey Gelfound |
| Jessica Pitts |
| Jessica Pitts |
| Joan Mayer |
| John Hancock Life Insurance Company |
| John Robinson Walker |
| JP Morgan Chase |
| Kathleen Buhle |
| Katie Dodge |
| Kevin Dong |
| Kevin Morris |
| Kimpton La Peer Hotel |
| Kuliaky Art LLC |
| Lamborghini |
| Legal Professional and Consulting |
| Legends Car & Van Rentals |
| Lehua Alama-Jordan |
| Leo Wise |
| Lindsey Wineberg |
| Lion Hall Group |
| London West Hotel |
| Louis Freeh |
| Lunden Roberts |
| Lyndsey |
| M Street Management |
| Maisy Biden |
| Mark Geragos |
| Megan Poelking |

3

| |
|---|
| Melissa Biden |
| Melissa Cohen |
| Mercedes-Benzes |
| Merritt Wingate |
| Mervyn Yan |
| Michael Welch |
| Michelle Miller |
| Monkey Island |
| Morgan Wingate PC |
| Mpire Gentlemen's Club |
| Naomi Biden |
| Nomad Hotel |
| OCDEI |
| Office and Miscellaneous |
| Office Expense |
| Oldaker, Biden & Belair |
| Owasco, LLC |
| Owasco, PC |
| P&P Matters, Inc |
| Patrick Ho |
| pay-as-you-go |
| Pornography |
| porsche |
| Prep Matters |
| Primp in Home |
| Professional and Outside Services |
| Rag & Bone |
| Rebekah Sullivan |
| Robert Valdini |
| Robinson Walker |
| Robinson Walker LLC |
| Rolexes |
| Roman Hernandez |
| Ronnie Danelian |
| Rosemont Seneca Partners |

| |
|---|
| Rosemont Seneca Technology Partners |
| Rosemont Seneca Bohai |
| Roxy Hotel |
| Sara Biden |
| Seneca Global Advisors |
| Sermoneta Gloves |
| Setara Qassim |
| Shinola |
| Simon & Schuster |
| SinoHawk |
| Six Columbus Hotel |
| Sixty Beverly Hills Hotel |
| Skaneateles |
| Snctm |
| Soho Grand Hotel |
| Soledina Tolentino |
| State Energy HK |
| Streamray |
| Sunset Tower Hotel |
| The Jeremy |
| Thomas Bishop |
| Tina Glandian |
| Title 26, United States Code, Section 7203 |
| Travel, Trans. & Other |
| Troy Schmidt |
| Ukrainian |
| Venice Beach, CA |
| Venmo |
| Virgin America Airlines |
| Watergate Hotel |
| Wells Fargo |
| Wendy Schwartz |
| Wilmington, DE |
| Ye Jianming |

Zoe Kestan

Zoe Kestan